IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **OLD GUARD INSURANCE COMPANY,** | ] |
| Plaintiff, | ] |
| v. | ]   No. 1:25-cv-01282-STA-jay |
| **CLAUDE HEATH and WILLIAM GRIFFIN,** | ] |
| Defendants. | ] |

## DEFAULT JUDGMENT ORDER AS TO DEFENDANT WILLIAM GRIFFIN AND CERTIFICATION OF JUDGMENT ORDER AS FINAL

Default having been entered against Defendant William Griffin (ECF No. 17) and this cause having come on before the Court upon Plaintiff's Motion for Default Judgment against Defendant William Griffin and to Certify the Judgment as Final (ECF No. 18), it appears to the Court that said Motion is well taken and should be **GRANTED**. The Court finds that such judgment would not resolve all claims of all parties as there is a co-defendant who is yet to be served but there is no just reason for delay and the default judgment against William Griffin should be certified as a final judgment.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. Default judgment is awarded against Defendant William Griffin;

2. The appraisal award of November 11, 2025, referenced in paragraph 16 of the Complaint (ECF No. 3) is set aside and held for naught;

3. There is no coverage under policy number of 247827Q issued by Old Guard Insurance Company (referred to as "the policy" in paragraph 6 of the Complaint)

1

for the claim made by William Griffin referred to as "the claim" in paragraph 7 of the Complaint.

4. There is no just reason for delay and the default judgment against William Griffin is certified as a final judgment.

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: February 20, 2026