AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Tennessee

*Cv-26-010017*

**EXHIBIT A**

OLD GUARD INSURANCE COMPANY )
)
)
)
*Plaintiff(s)* )
)
v. ) Civil Action No. 01:25-CV-01282
)
CLAUDE HEATH AND WILLIAM GRIFFIN )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  WILLIAM GRIFFIN
128 POPLAR STREET
GADSDEN, TN 38337

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JAMES R. TOMKINS
SMITH & TOMKINS
25 CENTURY BLVD, SUITE 606
NASHVILLE, TN 37214
(615) 256-1280

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  01/05/2026

**s/Shurlyn Chernenko**
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 01:25-CV-01282

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* William Griffin

was received by me on *(date)* 01/05/2026 .

☒ I personally served the summons on the individual at *(place)* 128 Poplar St gadsden
on *(date)* 1/14/2026 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* William Griffin , who is

designated by law to accept service of process on behalf of *(name of organization)* Crockett Co. Sheriff office
on *(date)* 1/14/2026 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/14/2026

_Lee Ward_
*Server's signature*

Lee Ward
*Printed name and title*

899 S Cavalier Dr Alamo, TN
*Server's address*

Additional information regarding attempted service, etc:

**Exhibit B**



1500 N.E. 162nd Street
Miami, Florida, 33162
info@ILGPA.com
www.ILGPA.com

O. 786.529.0090
f. 866.239.9520

December 16, 2025

**Re: Termination of Representation – Griffin vs. Old Guard Insurance Company**
Insureds: William Griffin and Claude Heath
Property: 5332 Pleasant View Rd, Memphis, TN 38134
Carrier: Old Guard Insurance Company
Policy No.: CWP 247827Q
Claim No.: 0002534848
Date of Loss: February 12, 2024

Dear Mr. Griffin,

Insurance Litigation Group, P.A. ("ILG") is writing to provide formal written notice that the firm is withdrawing from representation in the above-referenced insurance claim and in all related proceedings concerning this matter only.

ILG was retained to assist with the insurance claim arising from the reported February 12, 2024 loss at the Pleasant View Road property. Old Guard Insurance Company has now filed a declaratory judgment action in the U.S. District Court for the Western District of Tennessee relating to this claim. By separate email, we have forwarded to you the notice we received from opposing counsel.

After reviewing the current procedural posture of the matter, including the completion of appraisal on November 11, 2025, and the Examination Under Oath conducted on November 7, 2025, ILG has determined that it is necessary to withdraw. Accordingly, effective upon receipt of this letter, ILG will no longer represent you in:

- The Old Guard claim arising from the February 12, 2024 loss;

- Any appraisal-related issues, post-loss requests, or supplemental documentation matters;

- Any further Examination Under Oath proceedings;

- The declaratory judgment lawsuit filed by Old Guard in federal court.

This withdrawal is limited solely to the above-referenced claim and does not address or opine on any coverage issues, defenses, or claims you may choose to pursue with new counsel.

**Important Information Moving Forward**

**1. ILG is not accepting service and will not appear in the lawsuit.**

ILG File #: 61694
Claim #: 0002534848



1500 N.E. 162nd Street
Miami, Florida, 33162
info@ILGPA.com
www.ILGPA.com

O. 786.529.0090
f. 866.239.9520

ILG is not authorized to accept service of process on your behalf. We will not file any pleadings or make any appearances in the federal action. You will need to address all procedural matters with new counsel.

**2. Time-sensitive deadlines apply.**

The lawsuit filed by Old Guard is active. Federal and local rules impose strict response deadlines. Failure to respond may result in a default judgment. You and your future counsel should review all applicable deadlines promptly.

**3. You should retain new counsel as soon as possible.**

Given the pending litigation, we strongly encourage you to engage new counsel immediately so that your rights are protected in a timely manner.

**4. File transfer procedures.**

Upon written request from you—or from your newly retained attorney with your written authorization—ILG will provide copies of your file materials consistent with our obligations under applicable ethics rules. ILG will retain its own copy in accordance with standard record-keeping requirements.

**5. Scope of this termination.**

This disengagement applies only to Old Guard Claim No. 0002534848 and all related proceedings. It does not affect any other matter unless separately stated in writing.

This notice is provided to ensure clarity and allow you adequate opportunity to secure replacement counsel. ILG remains available to coordinate file transfer upon written request.

Respectfully,

INSURANCE LITIGATION GROUP, P.A.
1500 NE 162nd Street
North Miami Beach, FL 33162
Telephone: (786) 529-0090
Facsimile: 866-239-9520
E-Mail: service@ilgpa.com

By: /s/ Mordechai L. Breier
Mordechai L. Breier, Esq.
FL Bar No. 0088186

ILG File #. 61694
Claim #: 0002534848

# AFFIDAVIT OF POSTAL CARRIER



**Exhibit C**

I, Mike Littrell, local mail carrier for U.S. Post Office in Gadsden, Tennessee 38337 being first duly sworn according to law, does state as follows:

1.  I am over eighteen years of age, reside in Tennessee, and make this affidavit based on my personal knowledge regarding the manner of mail delivery at 128 Poplar Street Gadsden, Tennessee 38337.

2.  Mr. William Griffin receives mail at 128 Poplar Street Gadsden, Tennessee 38337 and is a postal customer on my daily mail route.

3.  In November of 2025 through January 2026 I signed certain mail items requiring the signature of the addressee (Mr. Griffin) in the performance of daily mail delivery duties.

4.  I would do this outside of his presence and leave the item(s) at the property location.

5.  This was done with no wrongful intent or for purposes of delay whatsoever.

I attest that that the foregoing is true and correct to the best of my knowledge, information, and belief.
I further certify under penalty of perjury that the foregoing is true and correct. Executed on this 26th day of February, 2026.

_Michael Littrell_
Signature of Affiant

731-414-2289

Subscribed and sworn to before me this 26th day of February, 2026.

_Latishia Campbell_
Notary Public

My commission expires: 11-27-2027

I understand that this affidavit is made for use in proceedings before the United States District Court for the Western District of Tennessee, and I acknowledge that making a materially false statement in this affidavit may subject me to penalties for perjury under the laws of the United States, including 28 U.S.C. § 1746 and 18 U.S.C. § 1621.



**Exhibit D**

William Griffin <william@griffin...

## Old Guard v Griffin

2 messages

**William Griffin** <william@griffinlossconsultants.com>          Wed, Feb 18, 2026 at 3:12 PM
To: jtomkins@smithtomkins.com
Cc: Billie Williams <williamsbillie@rocketmail.com>

Mr Tompkins,

I thought ILG had picked this case back up for me, at least that is what they told me.

Can you give me a few days to get an appearance entered because i would very much like to respond and defend this matter to get everything out in the open for once.

I apologize for the inconvenience, but ILG has turned out to be a group of dishonest grifters.

I appreciate your indulgence and assistance.

Kind regards

**William Griffin**

LPIA, CPLA, CPLU, AUG

T: 731.420.1402
E: william@
griffinlossconsultants.com

🌲🔺**Please consider the environment before printing this e-mail**

IMPORTANT NOTICE: This message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and may contain privileged information intended for the specified recipients only. All information herein is confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and any review, dissemination, copying, or the taking of any action based on the

contents of this
information is strictly
prohibited and you shall
notify us immediately by e-
mail for instructions on the
proper deletion of the
original message. {We
reimburse reasonable
expense for compliance}

---

**jtomkins** <jtomkins@smithtomkins.com>                                    Wed, Feb 18, 2026 at 3:55 PM
To: William Griffin <william@griffinlossconsultants.com>
Cc: Billie Williams <williamsbillie@rocketmail.com>

I will advise Old Guard of your email and let you know what they say.

**James R. Tomkins**

**SMITH & TOMKINS**

25 Century Boulevard, Suite 606

Nashville, TN 37214

(615) 256-1280

(615) 256-1283 fax

(615) 972-2656 cell

**www. smithtomkins.com**

[Quoted text hidden]



William Griffin <william@griffinlossconsultants.com>

---

## Case 1:25-cv-01282-STA-jay Old Guard Insurance Company v. Griffin et al

1 message

---

**jtomkins** <jtomkins@smithtomkins.com>                              Wed, Feb 18, 2026 at 6:10 PM
To: "william@griffinlossconsultants.com" <william@griffinlossconsultants.com>

Copy of proposed default judgment order attached. copy also being mailed.

**James R. Tomkins**

**SMITH & TOMKINS**

25 Century Boulevard, Suite 606

Nashville, TN 37214

(615) 256-1280

(615) 256-1283 fax

(615) 972-2656 cell

**www. smithtomkins.com**



**DEFAULT JUDGMENT ORDER PROPOSED.GRIFFIN.pdf**
121K



**William Griffin <william@griffinlossconsultants.com>**

## Old Guard v. Heath and Griffin

1 message

**jtomkins** <jtomkins@smithtomkins.com>                                      Thu, Feb 19, 2026 at 10:43 AM
To: "william@griffinlossconsultants.com" <william@griffinlossconsultants.com>

I am advised that Old Guard is not willing to agree to any extensions or delays.

**James R. Tomkins**

**SMITH & TOMKINS**

25 Century Boulevard, Suite 606

Nashville, TN 37214

(615) 256-1280

(615) 256-1283 fax

(615) 972-2656 cell

**www. smithtomkins.com**

# APPRAISAL AWARD



Insured:            William Griffin & Claude Heath
Insurer:            Old Guard Insurance Company
Date of Loss:       02/12/2024
Policy Number:      CWP – 247827Q
Claim Number:       0002534848
Loss Location:      5332 Pleasant View Road, Memphis, TN

## TO THE ABOVE-NAMED PARTIES AT INTEREST:

We the undersigned, pursuant to our appointment as appraisers and umpire in the above referenced appraisal, DO HEREBY CERTIFY, as witnessed with our signatures below, that we have conscientiously performed the duties assigned to us and have investigated, considered all the material, facts and available information pertaining to this claim and have decided on an Appraisal Award as described below, which is in accordance with the appraisal condition of the policy and to the best of our knowledge, skill and judgement.

|  | Replacement Cost | Depreciation | Actual Cash Value |
|---|---|---|---|
| **Building** | $220,041.43 | $22,467.31 | $197,574.12 |
| **Other Structures** | Not Appraised | | |
| **Sign** | Not Appraised | | |
| **Award Amount:** | **$220,041.43** | **$22,467.31** | **$197,574.12** |

This appraisal Award shall be valid and binding upon all parties concerned if at least two of the three panel members concur in a decision, as evidence by their signatures below.

The deliberations of the Appraisal Panel are confidential and exempt from depositions or suit in case this Award is challenged, or a bad faith claim or suit is filed. Furthermore, to the maximum extent permitted by law, no party will assert any claims against the named Appraisers and the named Umpire or their respective firms and employers, seeking to hold them liable for any act or omission in performing their duties as the Appraisers and Umpire.

This award is made without consideration of any deductibles or prior payments. Such deductibles and prior payments will be subtracted from any payments due and owing as a result of the entry of this award. This award is made subject to all the terms, conditions, limitations and exclusions of the above listed policy.

**WE AGREE TO THE ABOVE:**

November 12, 2025
_____
Name, Appraiser for the Insurer                Date

November 11, 2025
_____
Name, Appraiser for the Insured                Date

November 11, 2025
_____
Name, Umpire of Record                         Date



## 0002534848 / Appraisal / Payment Demand

5 messages

**William Griffin** <william@griffinlossconsultants.com>                Fri, Feb 7, 2025 at 2:41 PM
To: jessica.grinnell@iga.biz, Claude Heath <claudeheath44@gmail.com>, David Herring <david@risedoc.com>, Anna Davidson <anna@risedoc.com>

Jessica,

This email shall serve as our official demand for payment and appraisal per the attached estimate that is based upon performing the repairs approved by Westfield in a workmanlike manner per current construction industry standards.

Please note that the carrier has had the written recommendation for full replacement from the contractor since the claim opened and they never told us exactly which areas of the structure their repair estimate applied to, or at least as far as I know. The contractor says he was never contacted by the adjuster, even after they had already extended coverage for our loss.

Our appraiser's information is as follows:

Mr. David Herring
800-272-1601 Office
850-460-0238 Direct
888-740-1410 Fax
david@risedoc.com

Please have your appointee contact ours at their earliest convenience.

Thanks for your assistance!



### William Griffin

**LPIA, CPLA, CPLU, AUG**

**T: 731.420.1402**
**E: william@griffinlossconsultants.com**

 **Please consider the environment before printing this e-mail**

**IMPORTANT NOTICE:** This message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and may contain privileged information intended for the specified recipients only. All information herein is confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and any review, dissemination, copying, or the taking of any action based on the contents of this information is strictly prohibited and you shall notify us immediately by e-mail for instructions on the proper deletion of the original message. {We reimburse reasonable expense for compliance}

📄 **GH ASSESSMENT.pdf**
3193K

**Jessica Grinnell** <jessica.grinnell@iga.biz>                Mon, Feb 10, 2025 at 1:54 PM
To: "Schiefelbein.Andrew.D" <AndrewSchiefelbein@westfieldgrp.com>
Cc: Claude Heath <claudeheath44@gmail.com>, William Griffin <william@griffinlossconsultants.com>



WESTFIELD

## SWORN STATEMENT IN PROOF OF LOSS

Location of Agency
*Franklin, TN*

Claim Number: *0002534848*

Agency
*Insurance Group of America*
*#411081*

Amount of Policy *1,490,000.00*

Policy Number
*247827 Q*

Issued
*7-21-23*

Expires
*7-21-24*

to the *Old Guard Insurance Co   N.A.C. 17558* hereinafter referred to as The Company. At time of loss by the above indicated policy of insurance, you insured *5332 Pleasant View Rd Memphis Tennessee* against loss by upon the property described under Schedule "A" according to the terms and conditions of the said policy

*at about* (1) TIME AND ORIGIN A *Water* loss occurred about the hour of *Evening*
on the *1/25/24* day of *January* 2024. The cause and origin of the said loss were

(2) OCCUPANCY. The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever *Service Repair*

(3) TITLE AND INTEREST. At the time of the loss, the interest of your insured in the property described by this policy was sole and unconditional ownership, and no other person or persons had any interest therein or encumbrance thereon except *N/A*

(4) CHANGES. Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described except *N/A*

(5) TOTAL INSURANCE. The total amount of insurance upon the property covered by this policy was, at the time of the loss, $ *1,490,000* as more particularly specified in the apportionment attached under Schedule "C", besides which there was no policy or other contract of insurance written or oral valid or invalid,

♦ *Plus Endorsements*

(6) THE ACTUAL CASH VALUE of said property at the time of the loss was ........... $ *1,940,678.75*
(7) THE WHOLE LOSS AND DAMAGE as stated under Schedule "B" was ........... $ *1,642,200.85*
(8) LESS DEDUCTIBLE ........... $ *2,500.00*
(9) THE AMOUNT CLAIMED under the above numbered policy is ........... $ *1,639,700.25*

The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant, nothing has been done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void, no articles are mentioned herein or in annexed schedules, but such as were in the building damaged or destroyed, and belonging to, and in possession of the said insured at the time of said loss, no property saved has in any manner been concealed, and no attempt to deceive the said Company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished on call and considered a part of this proof.

It is understood and agreed that the furnishing of this blank, or the preparation of proofs by a representative of the above insurance Company, is not a waiver of any of its rights.

Insured _____   Date *5/6/25*

Insured _____   Date _____

State of *TN*

County of *Madison*

Subscribed and sworn to before me this *6th* day of *May* *2025*

*Shelia Cooper* _____ Notary Public

Page 1 of 2

May 10, 2025

***TRANSMITTED VIA ELECTRONIC MAIL***

Richard Kozimor
 PO Box 5005
Westfield Center, Ohio 44251
E: RichardKozimor@Westfieldgrp.com
P: 440.785.4654

RE:    **Proof of Loss w/ Supporting Documemtation**
      Insurer:      Old Guard Insurance Company #
Policyholders:     William Griffin & Claude Heath
   Claim No.:     0002534848
   Policy No.:     CWP 247827Q
Loss Location:     5332 Pleasant View Road
      Memphis, TN 38134
Date of Loss:     12/12/24 (as reported)

Mr Kozimor:

Pursuant to your email request on March 6, 2025 and the subsequent five day extension granted, I have attached the completed proof of loss form you provided with supporting documentation for the amount of loss listed therein that triggered our disputing the amounts of loss in our respective estimates to perform the same repairs that your company approved at its first inspection, however, the adjusters estimated amount of loss failed to include the specific operations and general conditions required to abate certain existing conditions of the property so that the repair could be made in a safe, legal, and workmanlike manner. We are not claiming any "additional" damages, just proper repair/replacement methodology.

Be advised that I am still in the process of obtaining the other information you have requested, but the majority of that is in the possession of Claude Heath and I have made numerous attempts to contact him without any response, except for him or his son mailing me two of your letters. Nevertheless, I am cooperating, and will continue cooperating, until the resolution of the claim and hereby reserve my right to supplement the claim/or file additional Proofs of Loss, should the need arise. This Proof of Loss does not address any hidden or unknown damages, information, or additional costs that may be associated with the claim.. If this Proof of Loss does not comply with the policy conditions, please inform me within **15** days of the date received or any deficiencies shall be considered waived. The loss did not originate by any act, design or procurement, or with the consent of Griffin to violate the conditions of the policy to render it void; no articles are mentioned herein or

in annexed schedules but such as were damaged at the time of said loss and no property saved has in any manner been concealed, and no attempt to deceive the carrier as to the extent of said loss been made by me and I continue to rely on my full, general and specific reservations of rights, defenses and counterclaims in this matter now and hereafter available to me under the facts of the claim, policy, and applicable law. I further attest that I have made diligent efforts to notify Claude Heath of his duty to comply with the policy and protect the property from further damage and at the time of this submission there was mitigation being performed on the roof as I inspected it during a rainstorm yesterday.

Thank you for your assistance as I stand ready to help any way I can to resolve any differences and I apologize for any inconvenience you may have encountered the past few weeks.

Sincerely,

William Griffin



William Griffin <william@griffinlossconsultants.com>

## Claim NO.: 0002534848 - Examination Under Oath Scheduling Letter

**William Griffin** <william@griffinlossconsultants.com>                    Mon, Dec 8, 2025 at 7:36 AM
To: Zachary Hogan <zhogan@hkr.law>

Zach,

I think this covers everything. Let me know if I may have inadvertently omitted something.

- **Affidavit from Mr. Woods explaining the discrepancy with the invoice details.**
- **Reverse side of cleared check written to woods.**
- **Account information that is not included with our online banking check photos.**
- **Appraiser check information**
- **Property Sale Documentation**
- **Three ROR letters from Westfield that I responded to in red font.**
- **Email proof that adjuster has wrong date of loss**
- **Agent communications showing adjuster is incorrect that I have not pursued the claim.**
- **Disposition of convictions (Public Record)**
- **Claim Timeline**
- **Westfield email chain, etc.**
- **The date on our estimate was a simple mistake that occurs when the user copies line item information from an irrelevant estimate with similar damages to save time on typing line items.**
- **The photo dates are different due to the inadvertent inclusion of the photos taken before and after the new lease with Jeremy or the inclusion of photos from others.**

Thanks in advance for your assistance in getting this non complex claim addressed properly.



**KCP Public Adjusters**

4319 S. National Ave #281
Springfield, MO 65810
888-994-7001
www.kcp-pa.com
Missouri Public Adjusting Firm License No: 3002708312

|  |  |  |  |
|---|---|---|---|
| Insured: | Claude Heath | Home: | (406) 480-7793 |
| Property: | 5332 Pleasant View Road | E-mail: | claudeheath44@gmail.com |
|  | Memphis, TN 38134 |  |  |

**Claim Number:** 0002534848          **Policy Number:** CWP-247827Q          **Type of Loss:** Water Damage

|  |  |  |  |
|---|---|---|---|
| Date of Loss: |  | Date Received: |  |
| Date Inspected: |  | Date Entered: | 10/26/2025 12:37 PM |

|  |  |
|---|---|
| Price List: | TNME8X_OCT25 |
|  | Restoration/Service/Remodel |
| Estimate: | CLAUDEHEATH |



**KCP Public Adjusters**

4319 S. National Ave #281
Springfield, MO 65810
888-994-7001
www.kcp-pa.com
Missouri Public Adjusting Firm License No: 3002708312

**CLAUDEHEATH**

## Mitigation

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1. Mitigation/Emergency Services per invoice from Woods Maintenance & Construction LLC | 1.00 EA | 0.00 | 3,500.00 | 0.00 | 700.00 | 4,200.00 |
| Totals: Mitigation | | | | 0.00 | 700.00 | 4,200.00 |

## Main Level



### Roof1

| 12,229.69 | Surface Area | 122.30 | Number of Squares |
|---|---|---|---|
| 654.21 | Total Perimeter Length | 150.00 | Total Ridge Length |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 2. Remove Metal roofing - corrugated - 26 gauge | 24,459.38 SF | 0.55 | 0.00 | 0.00 | 2,690.54 | 16,143.20 |
| Two layers | | | | | | |
| 3. Replace Metal roofing - corrugated - 26 gauge | 13,452.66 SF | 0.00 | 6.66 | 3,187.27 | 18,556.40 | 111,338.39 |
| 4. Remove Vinyl-faced/laminated insulation - 6" | 12,229.69 SF | 0.32 | 0.00 | 0.00 | 782.70 | 4,696.20 |
| 5. Replace Vinyl-faced/laminated insulation - 6" | 12,841.18 SF | 0.00 | 1.57 | 1,439.82 | 4,320.10 | 25,920.57 |
| Line item includes 5% waste for installation due to purlin spacing and length of insulation rolls. | | | | | | |
| 6. R&R Eave trim for metal roofing - 26 gauge | 468.00 LF | 0.89 | 5.57 | 99.93 | 624.64 | 3,747.85 |
| 7. R&R Hip / Ridge cap - metal roofing | 150.00 LF | 3.21 | 6.34 | 43.29 | 295.16 | 1,770.95 |
| 8. R&R Ridge end cap for metal roofing | 2.00 EA | 5.83 | 26.43 | 2.40 | 13.40 | 80.32 |
| 9. R&R Steel rake/gable trim - color finish | 186.21 LF | 0.64 | 6.11 | 49.56 | 261.30 | 1,567.77 |
| 10. Replace Hip/ridge/rake/eave nailer board - 1x4 | 300.00 LF | 0.00 | 2.09 | 18.14 | 129.02 | 774.16 |
| 11. R&R Flashing - pipe jack - 4" - 8" | 8.00 EA | 7.66 | 77.73 | 35.90 | 143.80 | 862.82 |
| Line item to R&R the flashing around 6 of the HVAC double walled exhaust flues. | | | | | | |



**KCP Public Adjusters**

4319 S. National Ave #281
Springfield, MO 65810
888-994-7001
www.kcp-pa.com
Missouri Public Adjusting Firm License No: 3002708312

**CONTINUED - Roof1**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 12. R&R Metal roofing - clear/skylight panel | 720.00 SF | 0.55 | 7.13 | 135.49 | 1,133.02 | 6,798.11 |
| 13. R&R Neoprene pipe jack flashing for metal roofing | 4.00 EA | 8.61 | 64.83 | 12.77 | 61.30 | 367.83 |
| 14. R&R Flat roof exhaust vent flashing - 12" | 3.00 EA | 9.78 | 88.74 | 11.12 | 61.32 | 368.00 |
| 15. R&R Exhaust cap - through roof - 6" to 8" | 4.00 EA | 9.78 | 102.20 | 20.07 | 93.60 | 561.59 |
| 16. Butyl tape / sealing metal roofing panels for low slopes | 1,324.11 LF | 0.00 | 1.01 | 15.49 | 270.58 | 1,623.42 |
| 17. Meter mast for overhead power - Detach & reset | 1.00 EA | 0.00 | 736.99 | 0.00 | 147.40 | 884.39 |
| Totals: Roof1 | | | | 5,071.25 | 29,584.28 | 177,505.57 |
| Total: Main Level | | | | **5,071.25** | **29,584.28** | **177,505.57** |

**Interior**



**Shop**                                                                 **Height: 14'**

| | |
|---|---|
| 4,218.67 SF Walls | 5,527.08 SF Ceiling |
| 9,745.75 SF Walls & Ceiling | 5,527.08 SF Floor |
| 614.12 SY Flooring | 301.33 LF Floor Perimeter |
| 301.33 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 18. Final cleaning - construction - Commercial | 10,732.09 SF | 0.00 | 0.26 | 0.00 | 558.06 | 3,348.40 |
| Totals: Shop | | | | 0.00 | 558.06 | 3,348.40 |



**Reception/Front Desk Area**                                          **Height: 8'**

| | |
|---|---|
| 1,000.00 SF Walls | 585.51 SF Ceiling |
| 1,585.51 SF Walls & Ceiling | 585.51 SF Floor |
| 65.06 SY Flooring | 124.50 LF Floor Perimeter |
| 127.50 LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor**          **3' X 6' 8"**          **Opens into Exterior**



**KCP Public Adjusters**

4319 S. National Ave #281
Springfield, MO 65810
888-994-7001
www.kcp-pa.com
Missouri Public Adjusting Firm License No: 3002708312

**CONTINUED - Reception/Front Desk Area**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **Suspended Ceiling** | | | | | | |
| 19.  R&R Suspended ceiling system - High grade - 2' x 2' | 50.00 SF | 0.45 | 5.90 | 18.14 | 67.12 | 402.76 |
| **Insulation** | | | | | | |
| 20.  R&R Batt insulation - 10" - R30 - paper / foil faced | 50.00 SF | 0.40 | 1.80 | 6.73 | 23.34 | 140.07 |
| **Misc.** | | | | | | |
| 21.  Final cleaning - construction - Commercial | 585.51 SF | 0.00 | 0.26 | 0.00 | 30.44 | 182.67 |
| Totals:  Reception/Front Desk Area | | | | 24.87 | 120.90 | 725.50 |



**Storage Area/Office**                                                      **Height: 8'**

| | |
|---|---|
| 370.67 SF Walls | 132.17 SF Ceiling |
| 502.83 SF Walls & Ceiling | 132.17 SF Floor |
| 14.69 SY Flooring | 46.33 LF Floor Perimeter |
| 46.33 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **Suspended Ceiling** | | | | | | |
| 22.  R&R Suspended ceiling system - High grade - 2' x 2' | 50.00 SF | 0.45 | 5.90 | 18.14 | 67.12 | 402.76 |
| **Insulation** | | | | | | |
| 23.  R&R Batt insulation - 10" - R30 - paper / foil faced | 50.00 SF | 0.40 | 1.80 | 6.73 | 23.34 | 140.07 |
| **Misc.** | | | | | | |
| 24.  Final cleaning - construction - Commercial | 132.17 SF | 0.00 | 0.26 | 0.00 | 6.88 | 41.24 |
| Totals:  Storage Area/Office | | | | 24.87 | 97.34 | 584.07 |
| Total: Interior | | | | **49.74** | **776.30** | **4,657.97** |

**Life, Health & Safety**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|

CLAUDEHEATH                                                          11/11/2025          Page: 4



## KCP Public Adjusters

4319 S. National Ave #281
Springfield, MO 65810
888-994-7001
www.kcp-pa.com
Missouri Public Adjusting Firm License No: 3002708312

### CONTINUED - Life, Health & Safety

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 25.  Replace Fall protection harness and lanyard (per week) | 12.00 WK | 0.00 | 22.00 | 0.00 | 52.80 | 316.80 |
| Totals:  Life, Health & Safety | | | | 0.00 | 52.80 | 316.80 |

### General Conditions

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 26.  Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Actual cost paid when incurred | | | | | | |
| 27.  Job-site moving/storage container - 20' long - per month | 2.00 MO | 0.00 | 245.00 | 47.78 | 107.56 | 645.34 |
| Storage for contractors tools and equipment during project | | | | | | |
| 28.  Commercial Supervision / Project Management - per hour | 80.00 HR | 0.00 | 75.12 | 0.00 | 1,201.92 | 7,211.52 |
| 29.  Telehandler/forklift and operator | 40.00 HR | 0.00 | 136.75 | 0.00 | 1,094.00 | 6,564.00 |
| 1926.1053(b)(22) An employee shall not carry any object or load that could cause the employee to lose balance and fall. | | | | | | |
| 30.  Scissor lift - 26' platform height (per day) | 5.00 DA | 0.00 | 212.39 | 0.00 | 212.40 | 1,274.35 |
| 31.  Boom or spider lift - 50'-60' reach (per day) | 5.00 DA | 0.00 | 587.04 | 0.00 | 587.04 | 3,522.24 |
| 32.  Dumpster load - Approx. 40 yards, 7-8 tons of debris | 1.00 EA | 820.00 | 0.00 | 0.00 | 164.00 | 984.00 |
| 33.  Content Manipulation charge - per hour | 208.00 HR | 0.00 | 52.66 | 0.00 | 2,190.66 | 13,143.94 |
| Moving contents and vehicles around shop to make repairs | | | | | | |
| Totals:  General Conditions | | | | 47.78 | 5,557.58 | 33,345.39 |

### Labor Minimums Applied

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 34.  Acoustic ceiling tile labor minimum | 1.00 EA | 0.00 | 13.08 | 0.00 | 2.62 | 15.70 |
| Totals:  Labor Minimums Applied | | | | 0.00 | 2.62 | 15.70 |
| **Line Item Totals: CLAUDEHEATH** | | | | **5,168.77** | **36,673.58** | **220,041.43** |



**KCP Public Adjusters**

4319 S. National Ave #281
Springfield, MO 65810
888-994-7001
www.kcp-pa.com
Missouri Public Adjusting Firm License No: 3002708312

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 7,521.33 | SF Walls | 6,958.54 | SF Ceiling | 14,479.88 | SF Walls and Ceiling |
| 6,958.54 | SF Floor | 773.17 | SY Flooring | 579.50 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 582.50 | LF Ceil. Perimeter |
| | | | | | |
| 6,958.54 | Floor Area | 7,238.96 | Total Area | 7,521.33 | Interior Wall Area |
| 8,013.62 | Exterior Wall Area | 490.83 | Exterior Perimeter of Walls | | |
| | | | | | |
| 12,229.69 | Surface Area | 122.30 | Number of Squares | 654.21 | Total Perimeter Length |
| 150.00 | Total Ridge Length | 0.00 | Total Hip Length | | |



**KCP Public Adjusters**

4319 S. National Ave #281
Springfield, MO 65810
888-994-7001
www.kcp-pa.com
Missouri Public Adjusting Firm License No: 3002708312

## Summary for Building

| | |
|---|---:|
| Line Item Total | 178,199.08 |
| Material Sales Tax | 5,120.99 |
| Storage Rental Tax | 47.78 |
| Subtotal | 183,367.85 |
| Overhead | 18,336.79 |
| Profit | 18,336.79 |
| **Replacement Cost Value** | **$220,041.43** |
| Less Depreciation | (22,467.31) |
| **Actual Cash Value** | **$197,574.12** |
| **Net Claim** | **$197,574.12** |
| Total Recoverable Depreciation | 22,467.31 |
| **Net Claim if Depreciation is Recovered** | **$220,041.43** |



88' 10"
87' 6"

64' 6"

Shop

63' 2"
64' 2"

61' 1"

26' 11"

Reception/Front Desk Area

13'
13'

Storage Area/Office

13' 4"
13'

15' 3"

29' 3"



25'
24' 4"

Paint Booth

29' 4"
30'

N
⇧



**KCP Public Adjusters**

4319 S. National Ave #281
Springfield, MO 65810
888-994-7001
www.kcp-pa.com
Missouri Public Adjusting Firm License No: 3002708312

## Sketch Roof Annotations

**Main Level**

| Face | Square Feet | Number of Squares | Slope - Rise / 12 |
|------|-------------|-------------------|-------------------|
| F1 | 5,161.82 | 51.62 | 1.87 |
| F2 | 4,858.18 | 48.58 | 1.87 |
| F3 | 2,209.70 | 22.10 | 1.85 |
| **Estimated Total:** | **12,229.69** | **122.30** | |

**EXHIBIT F**

## AFFIDAVIT FOR VERIFICATION OF DOCUMENT

I, Kyle Woods, of Woods Maintenance & Fabrication, do hereby solemnly affirm and state as follows:

That I am over the age of 18 years, a Tennessee licensed general contractor, and am competent and able to swear to this affidavit and

That William Griffin requested I provide an explanation for there being multiple versions of a mitigation invoice and to further clarify the accuracy of the invoice amount charged for the work performed at his property located at: **5332 Pleasant View Rd. Memphis, TN**

That the reason there are multiple versions with varying degrees of details in the description and company information, etc. is obviously due to him inadvertently submitting copies of the several revisions made while creating a template for me that was formatted properly. I described the work we did to Mr. Griffin and he typed in the details, etc.

That our company does not use Xactimate per se or routinely prepare line-itemization bills for insurance work

We have not altered our pricing, submitted false information, nor does any invoice contain a misrepresentation of the actual work performed by us on the property.

The amount of $ 3,500.00 we charged for the work is more than reasonable and is correct on every version of the invoices.

William Griffin paid the full amount with a check for $ 3,500.00.

That all of the information above is true and correct to the best of my knowledge and belief.

### VERIFICATION

I, the above-named Affiant, do hereby verify that the contents of this affidavit are true and correct to the best of my knowledge and belief, and nothing material has been concealed therein.

Signature: _Kyle Woods_

KYLE WOODS

SWORN AND SUBSCRIBED BEFORE ME ON THIS 1st of December 2025.

_Angela W Bryan_

NOTARY PUBLIC

(Seal & Signature)

My Commission expires: 8-15-26

**WILLIAM GRIFFIN, PA**
**ESCROW ACCOUNT**
128 POPLAR ST.
GADSDEN, TN  38337

87-110/843

1075

DATE _2/9/09_

PAY TO THE
ORDER OF _Wires Maintenance & Fabricate_   $ _3,500.00_

_Thirty five hundred : 00/100_ ———————— DOLLARS   ← Heat Reactive Ink



**Commercial Bank**
**AND TRUST COMPANY**
Established 1877
JACKSON, TENNESSEE 38305

MEMO _5332 Pleasant View Missten_ _____

ENDORSE HERE

CREDITED TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
IN ACCORDANCE WITH PAYEE'S INSTRUCTIONS
ABSENCE OF ENDORSEMENT GUARANTEED
FOUNDATION
☐ CHECK HERE FOR MOBILE/REMOTE DEPOSIT ONLY

AT _____ DATE _____
NAME OF FINANCIAL INSTITUTION

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

McKenzie Banking Company
>084302180<
2/9/2024

Case 1:25-cv-01282-STA-jay   Document 25-1   Filed 03/23/26   Page 29 of 87   PageID 457



WILLIAM GRIFFIN, PA
ESCROW ACCOUNT
128 POPLAR ST.
GADSDEN, TN 38337

DATE 5/22/24

PAY TO THE ORDER OF Riso Doc                                        $ 2,500.00

Twenty Five hundred                                        DOLLARS

Commercial Bank

JACKSON, TENNESSEE 38305

MT.NO 5332   P...at Vit April

11660 39 716 38

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

DATE

NAME OF FINANCIAL INSTITUTION

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

RESERVED FOR FINANCIAL INSTITUTION USE



William Griffin <william@griffinlossconsultants.com>

## Claim NO.: 0002534848 - Examination Under Oath Scheduling Letter

**William Griffin** <william@griffinlossconsultants.com>    Mon, Dec 8, 2025 at 7:36 AM
To: Zachary Hogan <zhogan@hkr.law>

Zach,

I think this covers everything. Let me know if I may have inadvertently omitted something.



- **Affidavit from Mr. Woods explaining the discrepancy with the invoice details.**
- **Reverse side of cleared check written to woods.**
- **Account information that is not included with our online banking check photos.**
- **Appraiser check information**
- **Property Sale Documentation**
- **Three ROR letters from Westfield that I responded to in red font.**
- **Email proof that adjuster has wrong date of loss**
- **Agent communications showing adjuster is incorrect that I have not pursued the claim.**
- **Disposition of convictions (Public Record)**
- **Claim Timeline**
- **Westfield email chain, etc.**
- **The date on our estimate was a simple mistake that occurs when the user copies line item information from an irrelevant estimate with similar damages to save time on typing line items.**
- **The photo dates are different due to the inadvertent inclusion of the photos taken before and after the new lease with Jeremy or the inclusion of photos from others.**

Thanks in advance for your assistance in getting this non complex claim addressed properly.

**Proves Defendant sent EUO Requested Docs**

### AFFIDAVIT FOR VERIFICATION OF DOCUMENT

I, Kyle Woods, of Woods Maintenance & Fabrication, do hereby solemnly affirm and state as follows:

That I am over the age of 18 years, a Tennessee licensed general contractor, and am competent and able to swear to this affidavit and

That William Griffin requested I provide an explanation for there being multiple versions of a mitigation invoice and to further clarify the accuracy of the invoice amount charged for the work performed at his property located at: **5332 Pleasant View Rd. Memphis, TN**

That the reason there are multiple versions with varying degrees of details in the description and company information, etc. is obviously due to him inadvertently submitting copies of the several revisions made while creating a template for me that was formatted properly. I described the work we did to Mr. Griffin and he typed in the details, etc.

That our company does not use Xactimate per se or routinely prepare line-itemization bills for insurance work

We have not altered our pricing, submitted false information, nor does any invoice contain a misrepresentation of the actual work performed by us on the property.

The amount of $ 3,500.00 we charged for the work is more than reasonable and is correct on every version of the invoices.

William Griffin paid the full amount with a check for $ 3,500.00.

That all of the information above is true and correct to the best of my knowledge and belief

#### VERIFICATION

I, the above-named Affiant, do hereby verify that the contents of this affidavit are true and correct to the best of my knowledge and belief, and nothing material has been concealed therein.

Signature: *Kyle Woods*
KYLE WOODS

SWORN AND SUBSCRIBED BEFORE ME ON THIS 1st of December 2025

*Angela W Bryan*

NOTARY PUBLIC

(Seal & Signature)

My Commission expires: 8-15-26



 First Seek Now report.pdf

[Quoted text hidden]
　　[Quoted text hidden]
　　[Quoted text hidden]
　　　　[Quoted text hidden]

 EUO Submissions_Redacted.pdf

**22 attachments**



**BackofCheckwoods.jpg**
83K

**2.25.25 ROR ltr #1.pdf**
692K

**Timeline.docx**
17K

**Letter to ILGP PDF (1).pdf**
295K

**1 Heath Griffin 3.6.25 ROR #2 Letter .pdf**
178K

**Buyer and Seller Signed Docs.pdf**
871K

**Feb 7 Appraisal Payment Demand Emails.pdf**
664K

**Sworn Statement in Proof of Loss.pdf**
1071K

**3.6.25 ROR #2 red.pdf**
211K

**4 11 25 certified letter to griffinj.pdf**
795K

**Disposition of Convictions Affidavits Recommendations.pdf**
7869K

**5332 Pleasant View Road _companycam_report.pdf**
3858K

**1 POL letter.pdf**
303K

**April 7 2025 3rd ROR ltr.pdf**
262K

**Feb 7 Appraisal Pymt Demand.pdf**
308K

**POL Blank provided via email on March 6 2025.pdf**
1003K

**1 email chain from Westfield.pdf**
710K

**1 Email shows date of loss is date of reporting.pdf**
656K

**2 13 24 Letter westf.pdf**
43K

**affidavit**
1064K

**4 11 25 certified letter to griffinj.pdf**
795K

**Binder1.pdf**
1270K

**Timeline of Events**

**Claim Synopsis:**

# 2024

**January 16, 2024 –** Tennessee was inundated with snow and ice. 9" fell in various places. See link:  https://youtu.be/ila8DndNPoQ

**January 25, 2024 –** Text from Greg Heath stating that *"the roof is leaking like hell down there at 5332 Pleasant View"*.  I responded by telling him to*" tell them to video and take photos and send to us"*. The proceeding texts show that it was raining heavily and we were waiting for a safe time to access the roof.

**January 28, 2024 –** Texts show I picked Greg up to go to Pleasant View to inspect.

**January 31, 2024 –** I get access to the roof and send photos of damage to Greg Heath and call the contractors to inspect and give me a report.

**February 3, 2024 –** Texts show that Bud was actively getting prices from contractors. Most of whom do not understand claims.

**February 12, 2024 (Monday)** – This is the date of loss adjuster states but it is wrong.

**February 14, 2024 –** Seek Now inspected the property.

**February 20, 2024 -** Westfield provides the SeekNow report.

**February 26, 2024 –**call with agent Jessica that disproves adjuster claims in his letters to us.

**November 8, 2024** – The date the current Adjuster claims I contacted the agent about *additional water damage* in his 2/25/25 ROR and Appraisal Acceptance letter.  Not true

# 2025

**2/7/2025 –** I send the estimate and the demand for appraisal and payment.

**2/25/25 –** Westfield Letter arranging for inspection of property instead of naming appraiser as demanded. The letter caption reads:  DOL **12/12/24 (as reported)**

**2/27/25**  - Unbeknownst to me at the time, the adjuster completely ignores me and instead contacts Claude Heath to schedule meeting at the site with him and his son Greg Heath (Greg is not an owner nor an insured but has had unfettered access to our file). Claude

Heath never tells me anything about this meeting, (he made statements to the adjuster that they are obviously twisting).

**2/28/25 –** I send email to agent advising her that there has been no response to appraisal demand and that I have not received any emails, etc. (I never receive a response back from her). I did not know about the 2/27 inspection at this time either and this proves it.

**3/6/2025 –** Blank Proof of Loss form provided by adjuster via 3/6 email from Kozimor. But he demands it early in the letter even though we have 60 days.

**5/5/25 –** I receive another letter via regular mail from "Claude Heath and Greg Heath" that contains only a copy of the adjusters April 7, 2025 ROR # 3. with my PA license number handwritten in extra large font on the envelope. I sent email to adjuster requesting extension for my partner to sign the proof of loss form with notary. Many attempts – no response.

**I received an extension until May 10, 2025 – Never heard back from Claude.**

**First Reservation pf Rights from Plaintiff over 13 months after the fact in response to Appraisal Demand.**

1

February 25, 2025



**WESTFIELD**™

**VIA EMAIL:** gregoryheath1969@gmail.com

claudeheath44@gmail.com

william@griffinlossconsultants.com

**Defendant responded to insurer letters in red typed font.**

**VIA USPS CERTIFIED & PRIORITY MAIL**

William Griffin and Claude Heath
5332 Pleasant View Road
Memphis, TN 38134

William Griffin and Claude Heath
716 Hubb Gilchrist Road
Ramer, TN 38367

| | | |
|---|---|---|
| **RE:** | **Insurer:** | Old Guard Insurance Company ("Old Guard, "The Company or "We") |
| | **Policyholders:** | William Griffin & Claude Heath (collectively the "Policyholders") |
| | **Claim No.:** | 0002534848 |
| | **Policy No.:** | CWP 247827Q (the "Policy") |
| | **Loss Location:** | 5332 Pleasant View Road, Memphis, TN 38134 (the "Property") |
| | **Date of Loss:** | 12/12/24 (as reported) |

Dear Messrs. Heath & Griffin:

I am writing on behalf of Old Guard regarding the status of your Claim, while also responding to your February 7, 2025, e-mail to Jessica Grinnell that included an estimate(s) and photographs ("the estimates/photos") which you had not previously produced to the Company. Furthermore, please let this letter serve as an acknowledgement to and acceptance of your demand for Appraisal. Please consider our detailed response below, along with an explanation of why Old Guard is reserving its rights regarding the Claim despite our previous loss payment under the relevant Building coverage. Finally, please

PO Box 5005 Westfield Center, Ohio 44251 - 440.785.4654 - RichardKozimor@Westfieldgrp.com

note that the extent of the Claim has been substantially expanded by your submission of the February 7, 2025, estimates/photos.

Firstly, please allow this letter to again confirm that we have scheduled an inspection of the Property for February 27, 2025 (this coming Thursday at 10:00 AM). The undersigned will attend and conduct that inspection, which includes both the interior and exterior of the Property, accompanied by Jeff Coyne, P.E., M.S.C.E. from Haag Engineering, and a building consultant from Young & Associates. Old Guard seeks these inspections and subsequent opinions from the aforementioned experts following your submission of the estimates/photos which demand coverage for alleged damages to the Property, contents, and so-called "other structures." Much of what is claimed in the estimates/photos is far beyond the scope of what was initially claimed when the Claim was originally submitted in February 2024. Moreover, the photographs are repeatedly noted/dated from May 2022, leading to additional questions and concerns regarding when the loss actually occurred, the pre-loss condition of the Property, and whether there have been additional or ongoing leaks or failures related to the roof or the exterior of the Property beyond what was claimed in February 2024, or aside from the reported date of loss.

Additionally, in the context of what you are claiming via the estimates/photos, we are also writing to explain Old Guard's consideration of the Claim thus far, review of the estimates/photos, and then detail the Company's reservation of rights regarding the Claim given the substantial expansion of the scope and extent of the Claim via the estimates/photos. The reservation of rights expresses Old Guard's concerns related to:

1. the reported date of the loss; **Both of your letters are incorrect according to my texts with Claude and his son.**

2. the number of occurrences potentially at issue; **This is only occurence I am aware.**

3. a demand for coverage for "other structures" and/or "contents" when those coverages do not exist under the Policy; and **This description is a default in estimating program but would probably refer to the fencing and attached compressor block bldg. but nowhere was a *"demand made for coverage"* as stated herein.**

4. the demand for coverage for areas of the Property where there is no "direct physical loss or damage" and the potential application of several exclusions from the Policy that may or may not apply to the Claim as you have presented it. **You are probably conflating the abatement of certain conditions as areas not directly affected.**

The Claim was originally reported as "interior water damage" with a reported date of loss of February 12, 2024. On February 14, 2024, SeekNow, an independent third-party, met with the identified contact regarding the Claim, Mr. Claude Heath ("Mr. Heath"), for the purpose of inspecting the entirety of the Claim as described and presented by Mr. Heath. During inspection, SeekNow observed evidence of ice damming at the Property. Old Guard valued the necessary repairs to the Property at $507.00. Since this amount was less than the

I was told by Heath it was reported as a "roof leak".

**PO Box 5005 Westfield Cent**[...]**.com**

**Our estimate is based solely upon performing the repairs approved by Westfield in a legal, safe, and workmanlike manner.**

existing deductible for the loss under the Policy, no payment was issued in accordance with this estimate. We provided the SeekNow report to you on February 20, 2024, as it detailed the extent of the Claim and supported the Company's claim decision that there was a covered loss under the Policy's Building coverage for some minor water intrusion that did not exceed the deductible. **Inexperienced 3rd parties often make this mistake**

Subsequently, on November 8, 2024, we acknowledge that you again contacted your agent advising that there was additional water damage to the Property. On December 5, 2024, you next submitted a mitigation invoice for work completed in February 2024, roughly ten (10) months prior to the submission of the invoice. Old Guard then issued a loss payment in the amount of $1,507.45, which was consistent with the previously assessed Building coverage applicable deductible. **You fail to mention that you were made aware of the roof needing replacement to properly repair the roof pursuant to your adjusters estimate by your own admission above in February 2024 when we submitted the mit contractors bill with his observations. After seeing this Westifield paid the bill, but did not see the need to investigate the loss, yet made pymt and closed file. Nothing has changed since then except we had to demand appraisal, yet Westfield did not name an appraiser.**

While we have acknowledged receipt of that mitigation invoice – and made a loss payment based on its content -- we respectfully disagree with William Griffin's ("Mr. Griffin") assertion in his February 7, 2025, email that the substance of the mitigation invoice has not been considered. To the contrary, the first notice that Old Guard received that you are seeking the replacement of the entire roof was the submission of the estimates/photos on February 7, 2025. We also note that the estimates/photos bear dates that have generated additional questions on our behalf; specifically regarding the photos' multiple references to 2022 while the estimates were "entered" on December 27, 2024, at 11:31 AM. The estimates, by implication, could not have been considered before they were entered (December 27, 2024) or before they were submitted (February 7, 2024). The 2022 references to the photos also imply that there were leaks at the loss location years before the Claim was reported. At no time when the loss was presented by Mr. Heath on February 12, 2024, did he describe damage to the roof, seek its replacement, or present damages to contents or the "other structure." **Mr. Heath could not access the roof bc of ice storm but everyone knew where the water was coming from.**

The Policy's Declarations clearly contain the location of the Property, the Policy Period, and the available coverages. A loss that occurred, or was ongoing, before the reported date of loss may not be covered as outside the Policy Period. Moreover, there are Policy exclusions more fully discussed below that may act to preclude coverage for the reported loss, including whether the loss was ongoing, a result of several leaks or episodes of water intrusion, or multiple occurrences that may not have been mitigated. Importantly, the Policy does not provide coverage for Business Personal Property, contents, or "Other Structures." **If there is anything that you have found that precludes coverage please state so with specificity as is required.**

To the extent that Mr. Griffin has asserted that there is a "recommendation for full replacement" of the roof, please provide any documentation responsive to that specific assertion. Otherwise, if Mr. Griffin's February 7, 2025, statement is based on the February 2024 mitigation invoice (stating that the "roof is not repairable"), please advise us of that

via reply correspondence. We also note that the same mitigation invoice references February 7, 2024, as a potential date of loss, further supporting our reservation of rights as above described in relation to the date of the loss, number of occurrences, and potential lack of mitigation. **That is the date of billing and the bill clearly states that the roof needs to be replaced.**

Old Guard is also reserving its rights based on the following language from the Policy, including the potential application of certain exclusions:

### A. Coverage

> We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

Old Guard previously assessed "direct physical loss of or damage to" both the interior and exterior of the Property during and following the February 14, 2024, inspection of the Property with Mr. Heath. While we did acknowledge and then issue payment based on the subsequently submitted mitigation invoice, Old Guard has also raised the above-listed questions and concerns based on review of that invoice in combination with the February 7, 2025, estimates/photos e-mailed by Mr. Griffin. We did not conclude that the roof warranted replacement. Our inspection later this week will once again consider the roof, but also when the loss occurred, the scope/extent of the loss, and the number of occurrences. **Seek Now and your adjuster approved an impossible repair estimate.**

The Company will continue to assess whether any additional language from the Policy may impact our assessment of the Claim or available coverage. We anticipate contacting you again after the upcoming February 27, 2025, inspection and receipt of the observations and conclusions reached by the Engineer and Building Consultant.  As we proceed, based on our explanation herein, Old Guard is fully reserving all of its rights both under the Policy and consistent with Tennessee law.  Nothing done by anyone, including the undersigned, is intended to act as a waiver or relinquishment of those rights.  Old Guard is assessing whether or not you are entitled to coverage for the Claim, concerned that based on the information and estimates/photos provided by Mr. Griffin on February 7, 2025, there may not have been coverage for the Claim at all, i.e., the loss commenced before the Policy Period or is the result of multiple occurrences which may not have been reported consistent with the Policy's Duties After Loss. Potential failure on your behalf to report the Claim consistent with the Policy's Duties After Loss may have significantly prejudiced the Company's claim handling, depriving us of the ability to consider the Claim's origin, cause, and date(s) of loss. **If your investigation is based upon the estimate and photos I provided, then Westfield should remit payment immediately as my submissions only address this one loss.**

We are also reserving rights in relation to the February 7, 2025, Claim, i.e., the estimates/photos, because of the dates at issue along with our concern that the Claim, as originally-presented by Mr. Heath, did not include the replacement of the roof, other structures, or contents. Despite this, the Claim now seeks $1,638,700.85 in coverage payments as is reflected in the Policyholders' repair estimate dated December 27, 2024.

Your February 7, 2025, demand for Appraisal is acknowledged. Your Policy contains the following provision regarding Appraisal:

### 2. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

Old Guard agrees to proceed to Appraisal, consistent with Tennessee law, although our agreement to proceed is subject to the reservation of rights described in this correspondence. Old Guard will name a "competent and impartial" Appraiser after completion of the upcoming inspection and upon receipt of the conclusions/observations of the involved Engineer and Building Consultant. This agreement to proceed to Appraisal, moreover, is with the understanding that the appraisers/umpire will be instructed to specifically distinguish, if necessary, the covered loss from any part of the alleged loss that is not covered by the policy, i.e. the subject of a partial denial (see Policy above, [i]f there is an Appraisal, we will still retain our right to deny the claim."). Old Guard will further instruct the appraisers/umpire to calculate the covered loss, and any non-covered loss for which you seek coverage, on a replacement cost and actual cash value basis, with credit for any loss payment(s) and the relevant deductible.

The Policy's "Loss Settlement Valuation Methods," AD 89 71 07 09, describe actual cash value as "the amount it would cost to repair or replace covered property, at the time of loss or damage, with material of like kind or quality, subject to a deduction for deterioration, depreciation and obsolescence. Actual cash applies to valuation of covered property

[Margin annotations:] Heath could not have known about the roof needing replacement at the time of reporting the loss as stated below.

This is not congruent with the contractual language of the policy and causes us further financial harm. The time limit expired on Feb 27, 2025. Appraisers cannot determine coverage issues.

6

regardless of whether that property has sustained partial or total loss period the actual cash value of damaged property may be significantly less than its replacement cost." Replacement cost and actual cash value are discussed additionally within the Policy, **BUILDING AND PERSONAL PROPERTY COVERAGE FORM**, CP 00 10 10 12, pp. 15-16.

We also ask that you please provide the current resume/curriculum vitae and terms of engagement (billing arrangements) for your named Appraiser so we may consider his background, competence, and impartiality. We do note that some information is available related to Mr. Herring's practice as an appraiser via internet search and/or social media, but we are seeking a current resume/curriculum vitae.

We complied with this even though its not required, nor a prerequisite to your compliance with the appraisal demand. Moreover, Westfield has refused to provide us with their engagement terms.

Last, the Policy also provides:

### D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

Waiving none, but instead reserving to Old Guard Insurance Company all of its rights under the applicable Policy of insurance and under the law, I remain,

Very truly yours,


Rick Kozimor

March 6, 2025



**VIA EMAIL:** gregoryheath1969@gmail.com
claudeheath44@gmail.com
william@griffinlossconsultants.com

**VIA USPS CERTIFIED & PRIORITY MAIL**

William Griffin and Claude Heath
5332 Pleasant View Road
Memphis, TN 38134

William Griffin and Claude Heath
716 Hubb Gilchrist Road
Ramer, TN 38367

| | | |
|---|---|---|
| **RE:** | **Insurer:** | Old Guard Insurance Company |
| | **Policyholders:** | William Griffin & Claude Heath |
| | **Claim No.:** | 0002534848 |
| | **Policy No.:** | CWP 247827Q |
| | **Loss Location:** | 5332 Pleasant View Road, Memphis, TN 38134 |
| | **Date of Loss:** | February 12,2024 (as reported) |

Dear Mr. Heath and Mr. Griffin:

This letter will serve as a follow up to our previous letter dated February 25, 2025, regarding the status of our consideration of the above referenced claim, while also responding to Mr. Griffin's February 28, 2025 e-mail to his agent, Jessi Grinnell ("Ms. Grinnell") at Insurance Group of America.  Mr. Griffin's e-mail was sent to Ms. Grinnell the day following our February 27, 2025, inspection of the Loss Location, as more fully discussed and described below. **This letter does not adequately respond to my 2/28/25 email to the agent, but I hope that my email is confirmation that I was unaware of your previous emails. However, OG still fails to name an appriaser and is clearly in breach of the contract of insurance as the only response to a demand for appraisal is to name an appraiser and participation is mandatory.**

Please consider this communication as formal notice of Old Guard Insurance Company's ("Old Guard") investigation of the claim is ongoing and continuing.  As explained in our February 25, 2025, correspondence to you, Old Guard has detailed several reasons supporting the reservation of rights and why the claim may not be covered by the policy.  We are again referencing that letter's content and substance, as well as Old Guard's reservation of rights, because Mr. Griffin's February 28, 2025, e-mail to Ms. Grinnell fails to acknowledge our last letter, or to respond to it in any substantive way.  We respectfully ask that you please direct any and all correspondence and/or   I did not see the email and attached letter as is stated above to comment on it.

communications directly to the undersigned.  Of course, you are free to communicate with the agent and her office; but we recommend communicating with us directly about the claim. Old Guard's reservation of rights, meanwhile, along with the investigation of the claim, is continuing as well. **Ok, but who is your appraiser?**

An inspection of the Loss Location and the reported claim was completed on February 27, 2025. As you may be aware, Old Guard attended that inspection, along with building consultant, Zac Lawson of Young & Associates, Jeff Coyne, P.E. of Haag Global, Mr.  Heath, and his adult son.  Your tenant was also on-site and participated in discussions regarding the water intrusion into the building.  Both Mr. Heath and your tenant described leaks over an extended period of time, before the reported date of the loss, involving multiple occurrences of water intrusion.  Your tenant further expressed concern about leaks near his equipment and business personal property, along with the potential impact of water damage to those items would have on his business activities.

I was not there but I can tell you that I have strict proof to the contrary regarding the leaks and statements of both.

Our previous correspondence described Old Guard's concerns related to previous water intrusions from the roof and inquired specifically about photographs potentially originated or taken

I personally paid over $ 5,000.00 to repair these leaks.

in 2022.  These concerns, in combination with both Mr. Heath's and the tenant's explanations that multiple leaks pre-dated the calendar year 2024, warrant our continued concern about the origination of the claim, and whether it actually resulted from a deterioration of the roof over an

Some deterioration may have exacerbated this loss, but deterioration was not the cause of the loss as it was reported to us by tenant.

extended period of time, potentially involving multiple occurrences, even before the inception of Old Guard's policy.  Old Guard also continues to assess the cause and origin of the water leaks you presented, awaiting a written report and evaluation from Engineer Coyne.

Please see our written requests attached to this email.

We are also writing to again request the information sought from you via our last letter, specifically:

I did not receive this letter for some reason.

**(1)** Specific information about the "recommendation for full replacement" of the roof. **What kind of specifics? I have made two requests for copies of the reports to date.**

**(2)** "The current resume/curriculum vitae, and terms of engagement (billing arrangements), for your named Appraiser so we may consider his background, competence and impartiality. We do note that some information is available related to Mr. Herring's practice as an appraiser via an internet search and/or social media, but we are seeking a current resume/ curriculum vitae." **You have his but we don't have yours yet.**

We are under no duty to provide you with anything other than our appraisers name and contact information to begin the mandatory appraisal process.

**(3)** Information and any explanation as to how the 2022 photographs submitted by Mr. Griffin via his February 7, 2025, email relate to the claimed damages dated February 12, 2024.

These requests were shared consistent with the Policy's **Duties in the Event of Loss or Damage**, which states that you "must see the following are done...." including:

**(2)** Give us prompt notice of the loss or damage.  Include a description of the property involved.

You were given prompt notice by claude heath and immediate mitigation measures were taken by us.

**PO Box 5005 Westfield Center, Ohio 44251 - 440.785.4654 - RichardKozimor@Westfieldgrp.com**

**(3)** As soon as possible, give us a
description of how, when and where the
loss of damage occurred. <span style="color:red">All of this was done and confirmed by Seek Now.</span>

<span style="color:red">My partner timely reported the water intrusion as reported to him by tenant.</span>

**(4)** Take all reasonable steps to protect the
Covered Property from further damage,
and keep a record of your expenses
necessary to protect the Covered Property,
for consideration in the settlement of the claim.
This will not increase the Limit of Insurance.
However, we will not pay for any subsequent
loss or damage resulting  from a cause of loss
that is not a Covered Cause of Loss.  Also, if
feasible, set the damaged property aside and in
the best possible order for examination.

<span style="color:red">These duties have been, and are being, complied with.</span>

**(5)** At our request, give us complete
inventories of the damage and
undamaged property.  Include quantities, costs,
values and amount of loss
claimed.

<span style="color:red">When did you make this request? I have not received anything from you. I forwarded the estimate voluntarily.</span>

**(6)** As often as may be reasonably required, permit
us to inspect the property proving
the loss and damage and examine your
books and records.

<span style="color:red">My partner keeps all the records and books and I agree for you to inspect the same.</span>

**(7)** Send us a signed, sworn proof of loss containing
the information we request to investigate the
claim.  You must do this
within 60 days after our request.  We will supply
you with the necessary forms. <span style="color:red">I completed the form</span>

<span style="color:red">I believe you sent the POL form on March 6, 2025 according to my records and we need an extension</span>

**(8)** Cooperate with us in the investigation of
settlement of the claim. <span style="color:red">We will, and are cooperating as required.</span>

See Policy, Page 10 of 16, CP 0010 10 12

Additionally, following the February 27, 2025, inspection as well as our discussions with Mr. Heath
and the tenant, in the context of the claim as supplemented by Mr. Griffin's February 7, 2025, e-
mail, Old Guard requests the following records/documents:

<span style="color:red">I was not notified, nor was I made aware of any inspection being made. I see now where I was copied, but we had demanded a mandatory appraisal and we were waiting on your appraiser's contact information</span>

**PO Box 5005 Westfield Center, Ohio 44251 - 440.785.4654 - RichardKozimor@Westfieldgrp.com**

**(4)** All estimates, proposals, invoices, receipts, or proof of proposed or completed repairs to the interior of the building at the loss location from 2020 to present.

**(5)** All estimates, proposals, invoices, receipts, or proof of proposed or completed repairs to the roof of the building at the loss location from 2020 to present.

<span style="color:red">You have the only estimate I have obtained.</span>

**(6)** Any communications with any tenant, at any time from 2020 to present, related to roof leaks, water intrusion, or repairs, into the building at the loss location, whether paper or electronic (email, text, direct message, photographs, or otherwise).

<span style="color:red">Working on this</span>

**(7)** Any proof of completion and/or payment for replacement ceiling tiles on the interior of the building at the loss location from 2020 to present.

**(8)** In relation to request **(3)** described above, we also request to inspect the camera that took the photos (Properties, including the EXIF Format), the subject photos in an format in which they were created or currently exist, as we are seeking to validate when the photos were taken (Date and Time), camera details (model, lens, aperture, shutter speed, ISO), name and contact information of the photographer and camera owner, and any related or assigned keywords or captions.

<span style="color:red">I have no idea which camera took the photos you are referring to as I have not been afforded a review of them.</span>

**(9)** Proof of payment to the mitigation contractor, Woods Maintenance & Construction, for invoice #002724, dated February 7, 2024; and

<span style="color:red">Will send with packet.</span>

**(10)** Records and/or documents demonstrating the current ownership split of the insured location between both policyholders, Misters Heath and Griffin, including, for example, an Agreement of Sale, or other proof of ownership interests and the relevant percentage split.

<span style="color:red">Mr. Heath handles this.</span>

Since the time the claim was originally reported as "interior water damage" with a reported date of loss of February 12, 2024, the scope, extent, and relevant circumstances have changed substantially. In addition to the details described in our last letter, Old Guard has since been advised by your tenant and by Mr. Heath that the circumstances involved long-term, multiple leaks, and that your tenant reported the leaks to you, all before the reported date of the loss. Moreover, at no time, when the loss was originally presented by Mr. Heath on February 12, 2024, did he describe damage to the roof, seek its replacement, or present damages to contents or the "other structure." Mr. Griffin, however, made an "official demand for payment," then subsequently, ignored the content of our February 25, 2025, letter when e-mailing Ms. Grinnel on February 28, 2025.

<span style="color:red">How has circumstances changed substantially ?</span>

<span style="color:red">The tenant has never once reported anything to me directly. I have only depended on what Mr. Heath has told me.</span>

<span style="color:red">I did not even know about the email you are saying I ignored and I am making official request that you preserve all email communications and statements.</span>

As stated in our February 25, 2025, letter, Old Guard also continues to assess whether any additional language from the Policy impacts our assessment of the claim. The **COMMERCIAL PROPERTY CONDITIONS** also state:

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this Coverage Part.

See Policy, Page 1 of 2, 0090 07 88.

<span style="color:red">Why is this letter being directed at me when I have more than complied and cooperated.;</span>

Old Guard's ongoing investigation of the claim necessarily requires your continued cooperation and your compliance with the policy terms and conditions. All the relevant facts, in the context of the claim you have presented, are material to our review and assessment of the claim as described here and in our previous letter. As we continue to consider the claim, Old Guard is assessing whether you have misrepresented any material facts or otherwise concealed any of those material facts. Our concern in this regard constitutes an additional reason for Old Guard's full reservation of its rights, in the context of the "**CONCEALMENT, MISREPRESENTATION OR FRAUD**" condition of the policy.

<span style="color:red">This is a serious general allegation that requires specificity especially. I have not represented anything, much less mis-represented something. I have only provided you with the facts that were presented to me by Heath and the tenant. The tenant has not reported any leaks to me and I have not spoken to him but once since the mitigation company's last visit. I did tell him to call me direct if he had any further problems in the presence of others.</span>

The above-referenced **Duties in the Event of Loss or Damage** also mandate that you:

"Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms." We have included a Sworn Statement in Proof of Loss. Please return the original, fully completed form signed by all scheduled named insureds to the undersigned by May 5, 2025.

<span style="color:red">We are working on this now.</span>

Again, as we proceed, Old Guard is fully reserving all its rights both under the policy and consistent with Tennessee law. Nothing done by anyone, including the undersigned, is intended to act as a waiver or relinquishment of those rights. Old Guard is assessing whether you were originally entitled to coverage for the claim under the policy, and if so, whether the policy warrants any additional loss payment.

The policy also provides:

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the Terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

Waiving none, but instead reserving to Old Guard Insurance Company all of its rights under the policy of insurance, and under the law, we remain.

Very Truly Yours,

Rick Kozimor

Property Complex Claims General Adjuster

**WESTFIELD**

One Park Circle | PO Box 5001| Westfield Center, OH 44251

**m 440.785.4654**

richardkozimor@westfieldgrp.com

1

April 7, 2025



**VIA EMAIL:** gregoryheath1969@gmail.com
claudeheath44@gmail.com
william@griffinlossconsultants.com .

**VIA USPS CERTIFIED & PRIORITY MAIL**

William Griffin and Claude Heath
5332 Pleasant View Road
Memphis, TN 38134

William Griffin and Claude Heath
716 Hubb Gilchrist Road
Ramer, TN 38367

William Griffin and Claude Heath
128 Poplar St
Gadsden TN 38337

> Claude's son Greg reported it and told me about it so I really don't know.
>
> Greg is not an owner and influences his dad in a very negative way.

| RE: | | |
|---|---|---|
| Insurer: | Old Guard Insurance Company |
| Policyholders: | William Griffin & Claude Heath |
| Claim No.: | 0002534848 |
| Policy No.: | CWP 247827Q |
| Loss Location: | 5332 Pleasant View Road, Memphis, TN 38134 |
| Date of Loss: | February 12,2024 (as reported) |

Dear Mr. Heath and Mr. Griffin:

I am again writing on behalf of Old Guard regarding the status of the Claim.

Old Guard's consideration of your Claim is continuing. Old Guard's existing reservation of rights is continuing as well. While we have received a report from the assigned engineer, Jeff Coyne, P.E. of Haag Global, our ability to fully assess the Claim has been halted by your failure/refusal to provide the records/documents requested of you.

We are writing to again assert our reservation of rights, express our concern that there may not be coverage for the Loss as you've reported it, and to state that our consideration of the Claim must involve your compliance with the Policy's **Duties in the Event of Loss or Damage,** which state that you "must see the following are done," including:

(2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

See Policy, Page 10 of 16, CP 00 10 10 12.

4

example, an Agreement of Sale, or other proof of the ownership interests and the relevant percentage split.

We also again ask that you return the original, signed, fully completed Proof of Loss to me by May 4, 2025.

Old Guard fully reserves all of its rights both under the Policy and consistent with Tennessee law. Nothing done by anyone, including the undersigned, is intended to act as a waiver or relinquishment of those rights. Old Guard is assessing whether or not you were originally entitled to coverage for the Claim under the Policy, and if so, whether the Policy warrants any additional loss payment.

The Policy also provides:

**D.  LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the Terms of this Coverage Part; and

2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

Waiving none, but instead reserving to Old Guard Insurance Company all of its rights under the Policy of insurance, and under the law, I remain,

Very Truly Yours,

Rick Kozimor
Property Complex Claims General Adjuster
⊙WESTFIELD
One Park Circle | PO Box 5001| Westfield Center, OH 44251
m 440.785.4654
richardkozimor@westfieldgrp.com

Andrew Schiefelbein
Westfield
PO Box 5005
Westfield Center, OH 44251

Note: All parties named as payees must individually endorse instrument

**Plaintiffs created their own confusion on date of loss see date of check below**

****************MIXED AADC 541          13146|70|2
CLAUDE HEATH & WILLIAM GRIFFIN
716 HUBB GILCHRIST RD
RAMER, TN 38367-5402



| | | | |
|---|---|---|---|
| Insured: | Claude Heath & William Griffin | Invoice No: | |
| Policy No: | CWP247827Q | Claimant Name: | Claude Heath & William Griffin |
| Agency: | Insurance Group of America LLC | Claim No: | 0002534848 |
| Check Amount: | $1,507.45 | Claims Professional: | Andrew Schiefelbein |
| Check No: | 0700508802 | Check Date: | 12/05/2024 |
| Service Start Date: | | Date of Loss: | 02/12/2024 |
| Service End Date: | | | |

Coverage under which payment is being made:
Building

Please find payment for the following:

$3,500.00 (Mitigation Invoice)
+ 507.45 (Interior Repairs)
------------------

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK

**WESTFIELD**    JPMorgan Chase Bank, N.A., Columbus, OH          25-3/440    Check No: 0700508802
Date: 12/05/2024

Claim No: 0002534848    Policy No: CWP247827Q
Date of Loss: 02/12/2024    For: Mitigation/Interior

One Thousand Five Hundred Seven Dollars and Forty-Five Cents

Amount
$1,507.45
VOID AFTER 1 Year

Pay To The    Claude Heath & William Griffin
Order Of



⑃0700508802⑃  ⑊044115443⑊   525858285⑄

Andrew Schiefelbein
Westfield
PO Box 5005
Westfield Center, OH 44251

Note: All parties named as payees must
individually endorse instrument

*Reported The
first one Lost*

Claude Heath & William Griffin
716 Hubb Gilchrist Rd
Ramer, TN 38367-5402

Insured:          Claude Heath & William Griffin
Policy No:        CWP247827Q
Agency:           Insurance Group of America LLC
Check Amount:     $1,507.45
Check No:         0700522004
Service Start Date:
Service End Date:

Invoice No:
Claimant Name:    Claude Heath & William Griffin
Claim No:         0002534848
Claims
Professional:     Andrew Schiefelbein
Check Date:       02/06/2025
Date of Loss:     02/12/2024

Coverage under which payment is being made:
Building

Please find payment for your re-issued check. As follows:

$3,500.00 (Mitigation Invoice)
+ 507.45 (Interior Repairs)
------------------

---

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK

WESTFIELD       JPMorgan Chase Bank, N.A., Columbus, OH                    25-3/440     Check No: 0700522004
                                                                                        Date: 02/06/2025

Claim No: 0002534848      Policy No: CWP247827Q
Date of Loss: 02/12/2024   For: Repairs

One Thousand Five Hundred Seven Dollars and Forty-Five Cents                    Amount
                                                                               $1,507.45
                                                                               VOID AFTER 1 Year

Pay To The   Claude Heath & William Griffin
Order Of

⑈0700522004⑈  ⑆044115443⑆    525858285⑈



10:48

< **New conversation**

Greg Heath    +

Thursday, January 25, 2024

Hey, that roof is leaking like hell down there at 5332 Pleasant View that guy just put a new computer system in and he's talking about moving out

11:09 AM

I'm on zoom meeting

Tell them to take photos and video and send to us asap

11:21 AM

I text Drayton I ⌄

> Enter me... ☺

**Proves our date of loss is correct**

**Proves Coverage Applied for Ice Damming**

## Property Claim
**Claim # 0002534848**

## Policy

Named Insured
**Claude Heath & William Griffin**

Policy #
**247827Q**

## Loss Details

Date of Loss
**02-12-2024**

Status of Claim
**Closed**

Loss Location
**5332 Pleasant View Rd
Memphis, TN 38134-6414**

Claim Type
**Property**

Cause of Loss
**Water**

Loss Description
**Leakage from Roof Excl Ice Damming**

Date Reported
**02-12-2024**

Reported By (relationship to insured)
**Agent**

Date Closed
**02-20-2024**

## Payments

Cumulative Paid Loss
**$0.00**

**To repair the interior damage you have to remove the non repairable roof.**

## CLAIM DETAILS

| | | |
|---|---|---|
| **Loss Detail** | Cause | Description |
| | Water | **Leakage from Roof Excl Ice Damming** |
| **Property Details** | Type | Description |
| | Building | **Commercial b** |



**WESTFIELD**®

**Proves Plaintiff Date of Loss is Date of Reporting**

February 13, 2024

Gregory Heath
Claude Heath & William Griffin
716 Hubb Gilchrist Rd
Ramer, TN 38367-5402

Re:  Insured:        Claude Heath & William Griffin
     Claim Number:   0002534848
     Date of Loss:   February 12, 2024
     Loss Location:  5332 PLEASANT VIEW RD, MEMPHIS, TN

Dear Claude Heath & William Griffin:

Westfield has received notification of your Property loss which occurred on February 12, 2024. Your claim has been assigned to me and I will facilitate the handling of your claim.

If you have any questions, please do not hesitate to contact me. When sending any correspondence to Westfield, please remember to include your claim number.

If you would like to check the status of your claim at your convenience, please create or logon at **mywestfieldinsurance.com.** MyWestfield℠ is an online hub putting your insurance information at your fingertips, 24-7. With a few clicks you can obtain additional information about your claim and contact your claims professional directly. Join MyWestfield℠ today.

Sincerely,

Andrew Schiefelbein
Claims Senior Representative
AndrewSchiefelbein@westfieldgrp.com
Office:  330-887-6466
Fax:     330-887-0840

BY ADRIAN SAINZ

Updated 5:53 PM CDT, January 22, 2024

Share

WORLD ∨     U.S. ∨     POLITICS ∨     SPORTS ∨     ENTERTAINMENT ∨     BUSINESS ∨     SCIENCE ∨     FACT CHECK ∨     ODDITIES

MEMPHIS, Tenn. (AP) — Memphis residents spent their fourth day boiling water for drinking, brushing their teeth and preparing food on Monday as repair crews worked to fix broken pipes in hopes of easing the stress caused by a week of subfreezing temperatures, snow and ice in this southern city.

The city's water company issued a boil water notice on Friday to the more than 600,000 people it serves because low pressure in the system and breaks in water mains could allow harmful bacteria to contaminate the water supply.

"It's frustrating for us homeowners, especially old folks, to have to deal with the snow and the water problem," said 81-year-old William Wilkerson, who lost all water service between Thursday and Sunday.

Memphis was the largest, but not the only, water system in Tennessee to experience problems from the unusually cold weather that has caused dozens of deaths around the U.S. this month, many involving hypothermia or road accidents. The Tennessee Emergency Management Agency said on Sunday night that 28 other water systems were under boil water notices and 19 counties were reporting operational issues with their water utilities.

**Proof of Catastrophic Storm**



**WESTFIELD**®

February 20, 2024

Gregory Heath
Claude Heath & William Griffin
716 Hubb Gilchrist Rd
Ramer, TN 38367-5402

Re:  Insured:         Claude Heath & William Griffin
     Claim Number:    0002534848
     Date of Loss:    February 12, 2024

Dear Claude Heath & William Griffin:

We have completed our evaluation of your claim and determined that the damages resulting from the loss are $507.45. Your policy deductible is $2,500.00.

Since the damages are not greater than your deductible we are closing our file at this time. However, if additional damages are discovered, please contact us for further review of your claim.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Andrew Schiefelbein
Claims Senior Representative
AndrewSchiefelbein@westfieldgrp.com
Office:  330-887-6466
Fax:     330-887-0840

Enclosure(s)

---

Westfield • P.O. Box 5005 • Westfield Center, OH • 44251-5005

www.westfieldinsurance.com                              Page 1 of 1

---

> **Proves insurer had fully investigated the claim, wrote an estimate for the amount of loss to repair damage resulting from ice damming**

 **Westfield Insurance Group**

**WESTFIELD**  Westfield Insurance
One Park Circle
PO Box 5005
Westfield Center, OH 44251
1-877-205-9580

| | | |
|---|---|---|
| Insured: | Claude Heath & William Griffin | Cell: (731) 415-5137 |
| Property: | 5332 PLEASANT VIEW RD | E-mail: gregoryheath1969@gmail.com |
| | MEMPHIS, TN 38134-6414 | |
| Home: | 716 Hubb Gilchrist Rd | |
| | Ramer, TN 38367-5402 | |



Claim Rep.:    Schiefelbein, Andrew                    Business:  (330) 887-6466
                                                       E-mail:    AndrewSchiefelbein@westfieldgrp.
                                                                  com

Estimator:     Andrew Schiefelbein                     Business:  (330) 887-6466
Company:       Westfield Insurance                     E-mail:    andrewschiefelbein@westfield
                                                                  grp.com

**Claim Number:** 0002534848        **Policy Number:** 247827Q        **Type of Loss:** Water

| | | | |
|---|---|---|---|
| Date Contacted: | 2/13/2024 8:28 AM | | |
| Date of Loss: | 2/12/2024 12:00 AM | Date Received: | 2/12/2024 12:00 AM |
| Date Inspected: | | Date Entered: | 2/13/2024 11:11 AM |
| Date Est. Completed: | 2/20/2024 8:46 AM | | |

Price List:    TNME8X_FEB24
               Restoration/Service/Remodel
Estimate:      CLAUDE_HEATH_&_
               WILL1

**NOTICE:** The policy terms and conditions control our payment obligations. This estimate may have been created with the assistance of inspections completed by others, or in collaboration with others, either in person or virtually.   Providing this estimate is no guarantee of coverage. Our investigation, evaluation of coverage and damages will determine any amounts payable under the policy.

This is not an authorization to repair. Authorization to repair or guarantee of payment must come from the owner of the property. No adjuster or appraiser has the authority to authorize repair or guarantee payment. The insurer assumes no responsibility for the quality of repair that might be made.



**Westfield Insurance Group**

Westfield Insurance
One Park Circle
PO Box 5005
Westfield Center, OH 44251
1-877-205-9580

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 2. Insulation labor minimum | 1.00 EA | 81.79 | 0.00 | 81.79 | (0.00) | 81.79 |
| 5. Acoustic ceiling tile labor minimum | 1.00 EA | 260.73 | 0.00 | 260.73 | (0.00) | 260.73 |
| **Totals: Labor Minimums Applied** | | | **0.00** | **342.52** | **0.00** | **342.52** |
| **Line Item Totals: CLAUDE_HEATH_&_WILL1** | | | **9.09** | **507.45** | **0.00** | **507.45** |



CLAUDE_HEATH_&_WILL1                    2/20/2024        Page: 3



**Westfield Insurance Group**

Westfield Insurance
One Park Circle
PO Box 5005
Westfield Center, OH 44251
1-877-205-9580

## Recap of Taxes



|  | Material Sales Tax (9.75%) | P Ppty Material Tax (9.75%) | P Ppty Cleaning Tax (9.75%) | Storage Rental Tax (9.75%) | Food Tax (7.75%) |
|---|---|---|---|---|---|
| **Line Items** | 9.09 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | **9.09** | **0.00** | **0.00** | **0.00** | **0.00** |

CLAUDE_HEATH_&_WILL1                                2/20/2024        Page: 5

**Proves their consultant determined the cause of loss and damage to the roof.**

# eek Now Report

## Solo Inspection

**Claim:** 0002534848

**Adjuster:** Andrew Schiefelbein
**Carrier:** Westfield Insurance

**Policy Holder:** Claude Heath & William Griffin
**Loss Location:** 5332 Pleasant View Rd
Memphis, TN 38134



# SERVICE SUMMARY

**Arrival**

Arrived at location on February 14, 2024. The insured was present at the time of the service. A contractor was not present at the time of the service. A public adjuster was not present at the time of the service.

After completing an overview, an inspection was performed to identify any damages. All inspection findings and damage counts are broken down in the following summary and tables.

| | |
|---|---|
| Service Date | February 14, 2024 |
| Structure 1: Warehouse | Roof and Interior |
| Claim Number | 0002534848 |
| Policy Holder | Claude Heath & William Griffin |
| Loss Location | 5332 Pleasant View Rd<br>Memphis, TN 38134 |
| Date of Loss | February 12, 2024 |
| Catastrophe Event | NO |
| Carrier | Westfield Insurance |
| Adjuster | Andrew Schiefelbein |
| Inspector | Diamond Banhdith |
| Inspector Contacts | 19016050007<br>dbanhdith@laddernow.com |
| Seek Now Office | 866-801-1258<br>claims@seek-now.com (LA)<br>solos@seek-now.com (Completed Solos) |
| HOVER Report | This inspection could be eligible for a HOVER report, please view the adjuster portal to download or order. |

# WAREHOUSE

## SUMMARY

**Roof Construction**

The warehouse is a 1 story structure with a gable style roof. The roof is 1/12 pitch. The main roof has 1 layer of steel r-panel with exposed fasteners metal roofing. Ice and water shield is not present. Felt is not present. Drip Edge is not present. Gutter Apron is not present.

**Roof Findings**

No wind or hail damage was found on any slope. No storm related tree damage was found on any slope. No non-storm related tree damage was found on any slope. Hip & Ridge is not present. No damage was found to the roof accessories. All accessory counts can be found in the tables below.

**Exterior Findings**

An exterior inspection was performed. No damage found to the Front, Right, Back, and Left elevations. No damage found to the Front gutter system.

**Interior Findings**

&ast; Cause of Loss: Ice Dam

**workshop Findings:**

Damage related to the cause of loss was found to the Ceilings. No damage was found to the Walls and Floors.

**Garage Findings:**

Damage related to the cause of loss was found to the Ceilings. No damage was found to the Walls and Floors.

**private office Findings:**

Damage related to the cause of loss was found to the Ceilings. No damage was found to the Walls and Floors.

**open space Findings:**

Damage related to the cause of loss was found to the Ceilings. No damage was found to the Walls and Floors.

# WAREHOUSE SUMMARY

## Warehouse Roof Damage and Condition Table

| Direction | Hail | Wind | Tree | Condition |
|---|---|---|---|---|
| Front | 0 | 0 | | Fair |
| Back | 0 | 0 | | Fair |

## Warehouse Roof Components Table

| Category | Description | Damage | Quantity | Units |
|---|---|---|---|---|
| Layers/Materials | Layer 1 Top steel r-panel with exposed fasteners metal roofing | No | N/A | SQ |
| Approximate Age of Roof | 18 years | | 18 | YR |
| Felt | None | | | SQ |
| Ice/Water Shield | None | | None | SQ FT |
| Pitch | 1/12 | | N/A | SQ |
| Drip Edge | None | | N/A | LF |
| Gutter Apron | None | | N/A | LF |
| Accessory | Satellite Dish Roof mounted | No | 1 | EA |
| Pipes | Pipe Boot 2.0" Aluminum with Rubber Collar | No | 2 | EA |
| Pipes | Pipe Boot 3.0" Aluminum with Rubber Collar | No | 1 | EA |
| Ventilation | HVAC 7" Aluminum | No | 3 | EA |
| Ventilation | Exhaust Vent 12.0" Aluminum | No | 4 | EA |
| Ventilation | Exhaust Vent 24.0" Aluminum | No | 2 | EA |
| Ventilation | Exhaust Vent 10.0" Aluminum | No | 2 | EA |
| Gutters | 8 - Standard Seamless - Steel - Painted/Stained | No | N/A | LF |

## Warehouse Front Elevation Summary

| Category | Description | Damage | Quantity | Units |
|---|---|---|---|---|
| Gutters | 8 - Standard Seamless - Steel - Painted/Stained | No | N/A | LF |

**Warehouse Right Elevation Summary**

**Warehouse Back Elevation Summary**

**Warehouse Left Elevation Summary**

**Warehouse Interior Summary**

| Room | Damage Present | Room of Damage Origin | Cause of Damage | Repairs Started/ Completed | Contiguous With |
|---|---|---|---|---|---|
| workshop | Yes | No | Ice Dam | No | |
| Garage | Yes | No | Ice Dam | No | |
| private office | Yes | No | Ice Dam | No | |
| open space | Yes | No | Ice Dam | No | |

**workshop Summary**

**workshop Ceiling Summary**

**Surface**

| Material | Covering | Damage Type | Damage Cause | Related to Cause of Loss | Damage Quantity | Total Quantity | Units |
|---|---|---|---|---|---|---|---|
| metal | None | Water | Ice Dam | Yes | 50.0 | 3720.0 | SQ FT |

**Garage Summary**

**Garage Ceiling Summary**

**Surface**

| Material | Covering | Damage Type | Damage Cause | Related to Cause of Loss | Damage Quantity | Total Quantity | Units |
|---|---|---|---|---|---|---|---|
| metal | None | Water | Ice Dam | Yes | 20.0 | 5670.0 | SQ FT |

## private office Summary

### private office Ceiling Summary

**Surface**

| Material | Covering | Damage Type | Damage Cause | Related to Cause of Loss | Damage Quantity | Total Quantity | Units |
|---|---|---|---|---|---|---|---|
| Acoustic Tile | None | Water Stain | Ice Dam | Yes | 2.0 | 122.59 | SQ FT |

## open space Summary

### open space Ceiling Summary

**Surface**

| Material | Covering | Damage Type | Damage Cause | Related to Cause of Loss | Damage Quantity | Total Quantity | Units |
|---|---|---|---|---|---|---|---|
| Acoustic Tile | None | Water Stain | Ice Dam | Yes | 1.0 | 597.0 | SQ FT |

# SCOPE SHEET - ROOF

**Confirms roof was damaged and Defendants mitigation repairs**

**SeekNow.**
(866) 801-1258

| | | | |
|---|---|---|---|
| Carrier: Westfield | Hail | Wind | Date: 2-14-24 |
| Claim #: 0002534848 | F: 0 | 0 | Ladder Now  Diamond |
| Homeowner: Claude Heath | R: | | Inspector:  Banhdith |
| Address: 5332 Pleasant View Rd. | B: 0 | 0 | Phone: 901-605-0007 |
| Memphis Tennessee, TN 38134 | L: | | Email: Dbanhdith@Seek-Now.com |
| Adjuster: Andrew Schiefelbein | | | |

**Shingle Type**
- ☐ 3 Tab
- ☐ Laminate
- ☐ 20 Y ☐ 40 Y
- ☐ 25 Y ☐ 50 Y
- ☐ 30 Y

Other: Metal

**Ice/Water Shield Y/N**
- ☐ Valley ☐ Eave ☐ Rake

**Drip Edge**      ☐ Rake
- ☐ Yes ☒ No    ☐ Eave

**Valley Metal Y/N**
_____ LF

**Layers:**
**Pitch:** 1/12

Box Vents: Metal / Plastic — Damaged Y/N
Ridge Vent: Shingle Over / Metal — Y/N
Turbine: — Y/N
HVAC Vent: 3 Y/N
Rain Diverter: — Y/N
Power Vent: — Y/N
Skylight: — Y/N
SAT: Y/N

Pipes: Qty — Lead Y/N
Qty 3 Plastic Y/N

Gutters: LF — 5" Y/N
LF — 6" Y/N

Downspouts: 2x3 Y/N
3x4 Y/N

Fascia: Size — LF Y/N
Wood / Metal

Chimney Flashing: Y/N

Other:
8 Exhaust Vent

Max Hail Diameter: —
Storm Direction: —
Collateral Damage: Y/N

Eave: LF          Rake: LF          **Aerial Measurements: Y / N**

| Calculations: | F _____ | K _____ |
|---|---|---|
| A _____ | G _____ | L _____ |
| B _____ | H _____ | M _____ |
| C _____ | I _____ | 1 Story: |
| D _____ | J _____ | 2 Story: |
| E _____ | Total Squares: _____ | |

**Key:** TS = Test Square   B = Blistering   M = Mechanical Damage
TC = Thermal Cracking   PV = Power Vent   TD = Tree Damage
■ = Box Vent   ● = HVAC   ⊠ = Chimney
X = Wind Damage   ○ = Pipe Boot

| | | |
|---|---|---|
| 1" .08 | 5" .42 | 9" .75 |
| 2" .17 | 6" .50 | 10" .83 |
| 3" .25 | 7" .58 | 11" .92 |
| 4" .33 | 8" .67 | 12" 1.00 |

X / Interior Damage

**Notes:** Leaks active after snow storm leaving ice damming causing water intrusions. Multpile repairs made

## SCOPE SHEET - INTERIOR

### WORKSHOP

| Main dimensions | 60' x 62' |
|---|---|

**Surface**

| | |
|---|---|
| Ground | 3720 sq ft |
| Walls with opening | 3660 sq ft |
| Walls without opening | 3660 sq ft |
| Doors | 0.00 sq ft |

**Perimeter**

| Ground | 244' | Ceiling | 244' |
|---|---|---|---|

| Volume | 55801 ft³ |
|---|---|

# SCOPE SHEET - INTERIOR

## GARAGE

| | |
|---|---|
| Main dimensions | 90' x 63' |

### Surface

| | |
|---|---|
| Ground | 5670 sq ft |
| Walls with opening | 4590 sq ft |
| Walls without opening | 4590 sq ft |
| Doors | 0.00 sq ft |

### Perimeter

| Ground | 306' | Ceiling | 306' |
|---|---|---|---|

| | |
|---|---|
| Volume | 85051 ft³ |

# SCOPE SHEET - INTERIOR

## PRIVATE OFFICE

| Main dimensions | 9' 7 1/4" x 12' 9" |
| --- | --- |

**Surface**

| | |
| --- | --- |
| Ground | 123 sq ft |
| Walls with opening | 313 sq ft |
| Walls without opening | 266 sq ft |
| Doors | 21.9 sq ft |

**Perimeter**

| Ground | 41' 6" | Ceiling | 44' 8 3/4" |
| --- | --- | --- | --- |

| Volume | 858 ft³ |
| --- | --- |

Claim: 00025334848

**SCOPE SHEET - INTERIOR**



# SCOPE SHEET - INTERIOR

## OPEN SPACE

| Main dimensions | 23' 11 1/2" x 40' 8" |
|---|---|

### Surface

| | |
|---|---|
| Ground | 597 sq ft |
| Walls with opening | 1113 sq ft |
| Walls without opening | 918 sq ft |
| Doors | 155 sq ft |

### Perimeter

| Ground | 108' 3 1/2" | Ceiling | 130' 11" |
|---|---|---|---|

| Volume | 5072 ft³ |
|---|---|

**EMAIL CHAIN OF APPRAISAL AND PAYMENT DEMAND**



William Griffin <william@griffinlossconsultants.com>

## Fwd: William Griffin & Claude Heath - DOL 2/12/2024 - Prop - 5332 Pleasant View Rd - Roof Leak - Claim 0002534848

2 messages

**Gregory Heath** <gregoryheath1969@gmail.com>                    Mon, Feb 12, 2024 at 3:17 PM
To: William Griffin <william@griffinlossconsultants.com>

---------- Forwarded message ---------
From: **Jessica Grinnell** <jessica.grinnell@iga.biz>
Date: Mon, Feb 12, 2024 at 2:20 PM
Subject: William Griffin & Claude Heath - DOL 2/12/2024 - Prop - 5332 Pleasant View Rd - Roof Leak - Claim 0002534848
To: gregoryheath1969@gmail.com <gregoryheath1969@gmail.com>

Greg,

Thank you for speaking with me on the phone this afternoon to inform us about the roof leak at 5332 Pleasant View Rd. I have called your claim into Westfield Insurance for review of coverage. Typically, it takes an adjuster 24-48 to reach out to discuss next steps. I have asked that they notate your file to contact you as soon as possible. In the meantime, if you need to call a contractor to come out to tarp the roof or call any mitigation services to dry up the office area, I encourage you to do so to prevent further damages to the property. Please hold onto your receipt and submit those to your adjuster for review once assigned.

If you would, please forward any photos you have of the damages for our records. I can forward these over to the adjuster once assigned.

Please let me know if you have any questions.

Best,

Jessi Grinnell

Claims Specialist

Direct Line: 615-905-1358 | Fax: 615-905-1698

6640 Carothers Parkway

Suite 160

Franklin, TN 37067

CA License #4342957



**Please be advised that we cannot add, delete, modify or bind coverage via email. In order to add delete, modify or bind coverage, you must speak with an IGA staff member or receive written or email confirmation.**

The information contained herein, including any attachments, is proprietary and confidential and is intended for the exclusive use of the addressee. It also may contain privileged information and/or personal information subject to privacy legislation. The authorized addressee of this information, by its retention and use, agrees to protect the information contained herein from loss, theft, or compromise with at least the same care it employs to protect its own confidential information. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. If you have received this e-mail in error, please notify the sender immediately by reply e-mail and destroy all copies.

---

**Gregory Heath** <gregoryheath1969@gmail.com>                    Tue, Feb 13, 2024 at 7:36 AM
To: William Griffin <william@griffinlossconsultants.com>

---------- Forwarded message ---------
From: **Jessica Grinnell** <jessica.grinnell@iga.biz>
Date: Tue, Feb 13, 2024 at 7:04 AM
Subject: RE: William Griffin & Claude Heath - DOL 2/12/2024 - Prop - 5332 Pleasant View Rd - Roof Leak - Claim 0002534848
To: gregoryheath1969@gmail.com <gregoryheath1969@gmail.com>

Greg,

We have received notice that a claim number and adjuster has been assigned to your claim. Please see your claim information listed below.

Claim Number: 0002534848

Adjuster: Andrew Schiefelbein

(330) 887-6466

AndrewSchiefelbein@westfieldgrp.com

Please let me know if you have any questions.

Best,

Jessi Grinnell

Claims Specialist


Direct Line: 615-905-1358 | Fax: 615-905-1698

6640 Carothers Parkway

Suite 160

Franklin, TN 37067


CA License #4342957



**Please be advised that we cannot add, delete, modify or bind coverage via email. In order to add delete, modify or bind coverage, you must speak with an IGA staff member or receive written or email confirmation.**

The information contained herein, including any attachments, is proprietary and confidential and is intended for the exclusive use of the addressee. It also may contain privileged information and/or personal information subject to privacy legislation. The authorized addressee of this information, by its retention and use, agrees to protect the information contained herein from loss, theft, or compromise with at least the same care it employs to protect its own confidential information. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. If you have received this e-mail in error, please notify the sender immediately by reply e-mail and destroy all copies.

[Quoted text hidden]

It appears that Westfield has not named an appraiser within the time requirements of our policy appraisal provision; and I haven't see any missed emails or phone calls from to that effect either.

Nonetheless, could you kindly follow up with their representative and advise on our status today to expedite this process forward ? *(I don't want us to accidentally waive a policy benefit by waiting too long)*

Thanks in advance, and hope you have a great Friday !!

Kind regards,

wg
[Quoted text hidden]

---

**Anna Davidson** <anna@risedoc.com>                                    Tue, Apr 22, 2025 at 9:00 AM
To: William Griffin <william@griffinlossconsultants.com>
Cc: Claude Heath <claudeheath44@gmail.com>, David Herring <david@risedoc.com>

William,

There was no reply to your below email and we still have not been notified of an opposing for this claim.

Thanks,
Anna Davidson
Appraisal Manager
RiseDocument Inc.

On Feb 28, 2025, at 8:54 AM, William Griffin <william@griffinlossconsultants.com> wrote:

[Quoted text hidden]

Drew,

We received the attached and below email from William on the above referenced claim. Would you please review and advise at your earliest convenience?

Best,

Jessi Grinnell

Director of Claims

Direct Line: 615-905-1358 | Fax: 615-905-1698

6640 Carothers Parkway

Suite 160

Franklin, TN 37067

CA License #4342957


Insurance Group
of America

**Please be advised that we cannot add, delete, modify or bind coverage via email. In order to add delete, modify or bind coverage, you must speak with an IGA staff member or receive written or email confirmation.**

The information contained herein, including any attachments, is proprietary and confidential and is intended for the exclusive use of the addressee. It also may contain privileged information and/or personal information subject to privacy legislation. The authorized addressee of this information, by its retention and use, agrees to protect the information contained herein from loss, theft, or compromise with at least the same care it employs to protect its own confidential information. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. If you have received this e-mail in error, please notify the sender immediately by reply e-mail and destroy all copies.

[Quoted text hidden]

 **GH ASSESSMENT.pdf**
3193K

**William Griffin** <william@griffinlossconsultants.com>                    Fri, Feb 28, 2025 at 7:53 AM
To: jessica.grinnell@iga.biz, Claude Heath <claudeheath44@gmail.com>, David Herring <david@risedoc.com>, Anna Davidson <anna@risedoc.com>
Bcc: Billie Williams <williamsbillie@rocketmail.com>

Hi Jessica,



William Griffin <william@griffinlossconsultants.com>

## Claude Heath & William Griffin Insurance Claim

**Kozimor.Richard.A** <RichardKozimor@westfieldgrp.com>                    Thu, Mar 6, 2025 at 9:20 AM
To: "gregoryheath1969@gmail.com" <gregoryheath1969@gmail.com>, "claudeheath44@gmail.com"
<claudeheath44@gmail.com>, "william@griffinlossconsultants.com" <william@griffinlossconsultants.com>

Claude Heath & William Griffin,

| | | |
|---|---|---|
| **Re:** | Insured: | CLAUDE HEATH & WILLIAM GRIFFIN |
| | Policy No.: | 247827Q |
| | Claim No.: | 0002534848 |
| | Date of Loss: | FEBRUARY 12, 2024 (INTERIOR WATER DAMAGE) |
| | Location of Loss: | 5332 PLEASANT VIEW RD |
| | | MEMPHIS, TN 38134-6414 |

Attached please find our follow up to our previous letter dated February 25, 2025, and to Mr. Griffin's February 28, 2025. e-mail to Jessi Grinnell of Insurance Group America. Included is a Sworn Statement in Proof of Loss for your completion and return.

Please let me know if you have any questions.

Regards,

**Rick Kozimor**
General Adjuster, Property Complex Claims
⚙ WESTFIELD
One Park Circle | PO Box 5001| Westfield Center, OH 44251
m **440.785.4654**
richardkozimor@westfieldgrp.com

[Quoted text hidden]

---

**2 attachments**

 **Heath Griffin 3.6.25 ROR #2 Letter .pdf**
171K

 **Sworn Statement in Proof of Loss.pdf**
1071K



William Griffin <william@griffinlossconsultants.com>

## Claude Heath & William Griffin Insurance Claim
4 messages

**Kozimor.Richard.A** <RichardKozimor@westfieldgrp.com>                    Tue, Feb 25, 2025 at 1:38 PM
To: "gregoryheath1969@gmail.com" <gregoryheath1969@gmail.com>, "claudeheath44@gmail.com"
<claudeheath44@gmail.com>, "william@griffinlossconsultants.com" <william@griffinlossconsultants.com>

Claude Heath & William Griffin,

**Re:**    Insured:            CLAUDE HEATH & WILLIAM GRIFFIN

          Policy No.:          247827Q

          Claim No.:           0002534848

          Date of Loss:        FEBRUARY 12, 2024 (INTERIOR WATER DAMAGE)

          Location of Loss:    5332 PLEASANT VIEW RD

                               MEMPHIS, TN 38134-6414

Attached please find our Status and Appraisal Acknowledgment Letter regarding the above reference claim.

Please let me know if you have any questions.

Regards,

**Rick Kozimor**
General Adjuster, Property Complex Claims
WESTFIELD
One Park Circle | PO Box 5001| Westfield Center, OH 44251
**m 440.785.4654**
richardkozimor@westfieldgrp.com

This email, including any attachments, is for the intended recipient only. If you received this email in error, please notify us
by replying to sender and then destroy the original. All other use is strictly prohibited.

 **Heath Griffin 2.25.25 ROR Appraisal Letter .pdf**
     114K

**Kozimor.Richard.A** <RichardKozimor@westfieldgrp.com>                    Tue, Feb 25, 2025 at 3:14 PM
To: "gregoryheath1969@gmail.com" <gregoryheath1969@gmail.com>, "claudeheath44@gmail.com"
<claudeheath44@gmail.com>, "william@griffinlossconsultants.com" <william@griffinlossconsultants.com>

Cc: Jeff Coyne <jcoyne@haagglobal.com>, Zac Lawson <zac.lawson@yagroup.com>

Folks,

**Re:**    Insured:              CLAUDE HEATH & WILLIAM GRIFFIN

          Policy No.:           247827Q

          Claim No.:            0002534848

          Date of Loss:         FEBRUARY 12, 2024 (INTERIOR WATER DAMAGE)

          Location of Loss:     5332 PLEASANT VIEW RD

                                MEMPHIS, TN 38134-6414

Please allow this to serve as a reminder of our scheduled building inspection on Thursday, February 27ᵗʰ at 10:00 AM regarding the above referenced claim

Please let me know if you have any questions.

Regards,

**Rick Kozimor**
General Adjuster, Property Complex Claims
WESTFIELD
One Park Circle | PO Box 5001| Westfield Center, OH 44251
**m 440.785.4654**
richardkozimor@westfieldgrp.com

[Quoted text hidden]

---

**Kozimor.Richard.A** <RichardKozimor@westfieldgrp.com>                      Thu, Mar 6, 2025 at 9:20 AM
To: "gregoryheath1969@gmail.com" <gregoryheath1969@gmail.com>, "claudeheath44@gmail.com"
<claudeheath44@gmail.com>, "william@griffinlossconsultants.com" <william@griffinlossconsultants.com>

Claude Heath & William Griffin,

**Re:**    Insured:              CLAUDE HEATH & WILLIAM GRIFFIN

          Policy No.:           247827Q

          Claim No.:            0002534848

          Date of Loss:         FEBRUARY 12, 2024 (INTERIOR WATER DAMAGE)

Location of Loss:     5332 PLEASANT VIEW RD

MEMPHIS, TN 38134-6414

Attached please find our follow up to our previous letter dated February 25, 2025, and to Mr. Griffin's
February 28, 2025. e-mail to Jessi Grinnell of Insurance Group America. Included is a Sworn Statement in
Proof of Loss for your completion and return.

Please let me know if you have any questions.

Regards,

**Rick Kozimor**
General Adjuster, Property Complex Claims
⊛ WESTFIELD
One Park Circle | PO Box 5001| Westfield Center, OH 44251
m **440.785.4654**
richardkozimor@westfieldgrp.com

[Quoted text hidden]

**2 attachments**

  **Heath Griffin 3.6.25 ROR #2 Letter .pdf**
171K

  **Sworn Statement in Proof of Loss.pdf**
1071K

---

**Kozimor.Richard.A** <RichardKozimor@westfieldgrp.com>                    Mon, Apr 7, 2025 at 4:58 PM
To: "gregoryheath1969@gmail.com" <gregoryheath1969@gmail.com>, "claudeheath44@gmail.com"
<claudeheath44@gmail.com>, "william@griffinlossconsultants.com" <william@griffinlossconsultants.com>

Claude Heath & William Griffin,

**Re:**   Insured:          CLAUDE HEATH & WILLIAM GRIFFIN

Policy No.:        247827Q

Claim No.:         0002534848

Date of Loss:      FEBRUARY 12, 2024 (INTERIOR WATER DAMAGE)

Location of Loss:  5332 PLEASANT VIEW RD

MEMPHIS, TN 38134-6414

Attached please find our follow up to our previous letters dated February 25, 2025, and March 6, 2025.

Please let me know if you have any questions.

Regards,

**Rick Kozimor**
General Adjuster, Property Complex Claims
 WESTFIELD
One Park Circle | PO Box 5001| Westfield Center, OH 44251
**m 440.785.4654**
richardkozimor@westfieldgrp.com

[Quoted text hidden]

---

📄 **Heath Griffin 4.7.25 ROR #3 Letter.pdf**
253K



William Griffin <william@griffinlossconsultants.com>

## Fwd: William Griffin & Claude Heath - DOL 2/12/2024 - Prop - 5332 Pleasant View Rd - Roof Leak - Claim 0002534848

2 messages

**Gregory Heath** <gregoryheath1969@gmail.com>                    Mon, Feb 12, 2024 at 3:17 PM
To: William Griffin <william@griffinlossconsultants.com>

---------- Forwarded message ---------
From: **Jessica Grinnell** <jessica.grinnell@iga.biz>
Date: Mon, Feb 12, 2024 at 2:20 PM
Subject: William Griffin & Claude Heath - DOL 2/12/2024 - Prop - 5332 Pleasant View Rd - Roof Leak - Claim 0002534848
To: gregoryheath1969@gmail.com <gregoryheath1969@gmail.com>

Greg,

Thank you for speaking with me on the phone this afternoon to inform us about the roof leak at 5332 Pleasant View Rd. I have called your claim into Westfield Insurance for review of coverage. Typically, it takes an adjuster 24-48 to reach out to discuss next steps. I have asked that they notate your file to contact you as soon as possible. In the meantime, if you need to call a contractor to come out to tarp the roof or call any mitigation services to dry up the office area, I encourage you to do so to prevent further damages to the property. Please hold onto your receipt and submit those to your adjuster for review once assigned.

If you would, please forward any photos you have of the damages for our records. I can forward these over to the adjuster once assigned.

Please let me know if you have any questions.

Best,

Jessi Grinnell

Claims Specialist

Direct Line: 615-905-1358 | Fax: 615-905-1698

6640 Carothers Parkway

Suite 160

Franklin, TN 37067

CA License #4342957



**Please be advised that we cannot add, delete, modify or bind coverage via email. In order to add delete, modify or bind coverage, you must speak with an IGA staff member or receive written or email confirmation.**

The information contained herein, including any attachments, is proprietary and confidential and is intended for the exclusive use of the addressee. It also may contain privileged information and/or personal information subject to privacy legislation. The authorized addressee of this information, by its retention and use, agrees to protect the information contained herein from loss, theft, or compromise with at least the same care it employs to protect its own confidential information. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. If you have received this e-mail in error, please notify the sender immediately by reply e-mail and destroy all copies.

---

**Gregory Heath** <gregoryheath1969@gmail.com>                    Tue, Feb 13, 2024 at 7:36 AM
To: William Griffin <william@griffinlossconsultants.com>

---------- Forwarded message ---------
From: **Jessica Grinnell** <jessica.grinnell@iga.biz>
Date: Tue, Feb 13, 2024 at 7:04 AM
Subject: RE: William Griffin & Claude Heath - DOL 2/12/2024 - Prop - 5332 Pleasant View Rd - Roof Leak - Claim 0002534848
To: gregoryheath1969@gmail.com <gregoryheath1969@gmail.com>

Greg,

We have received notice that a claim number and adjuster has been assigned to your claim. Please see your claim information listed below.

Claim Number: 0002534848

Adjuster: Andrew Schiefelbein

(330) 887-6466

AndrewSchiefelbein@westfieldgrp.com

Please let me know if you have any questions.

Best,

Jessi Grinnell

Claims Specialist

Direct Line: 615-905-1358 | Fax: 615-905-1698

6640 Carothers Parkway

Suite 160

Franklin, TN 37067

CA License #4342957



**Please be advised that we cannot add, delete, modify or bind coverage via email. In order to add delete, modify or bind coverage, you must speak with an IGA staff member or receive written or email confirmation.**

The information contained herein, including any attachments, is proprietary and confidential and is intended for the exclusive use of the addressee. It also may contain privileged information and/or personal information subject to privacy legislation. The authorized addressee of this information, by its retention and use, agrees to protect the information contained herein from loss, theft, or compromise with at least the same care it employs to protect its own confidential information. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal. If you have received this e-mail in error, please notify the sender immediately by reply e-mail and destroy all copies.

[Quoted text hidden]