

# U.S. District Court

## Tennessee Western - Memphis

Receipt Date: May 21, 2026 3:57PM

William Griffin

| Rcpt. No: 200009008 | Trans. Date: May 21, 2026 3:57PM | | | Cashier ID: #DC (7293) | |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 203 | Notice of Appeal/Docketing Fee | DTNW125CV1282 /001 <br> William Griffin | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $605.00 |
| | Total Due Prior to Payment: | $605.00 |
| | Total Tendered: | $605.00 |
| | Total Cash Received: | $0.00 |

Questions/Comments: Please contact USDC-TN Western (Memphis) at 901.495.1200.